# EXHIBIT 1

Updated January 1, 2014

## CURRICULUM VITAE

### Ross A. Klein

---

**PERSONAL SUMMARY:**

| | |
|---|---|
| Office Address: | School of Social Work<br>Memorial University of Newfoundland<br>St. John's, NL A1C 5S7 |
| Home Address: | 6 Cormack Street<br>St. John's, NL A1E 4C9 |
| Telephone: | 709-747-2177 (home)<br>709-864-8147 (office) |
| Electronic Contacts: | rklein@mun.ca<br>ross@cruisejunkie.com<br>http://www.cruisejunkie.com<br>http://www.cruiseresearch.org |

**POST-SECONDARY EDUCATION**

| Degree | University | Year | Specialization |
|---|---|---|---|
| Ph.D. | Syracuse University | 1982 | Sociology |
| M.A. | Syracuse University | 1979 | Sociology |
| M.S.W. | University of Maryland | 1974 | Social work |
| B.S. | Arizona State University | 1972 | Sociology, Social work |

**ACADEMIC APPOINTMENTS**

1988 to present  Professor, School of Social Work, Memorial University of Newfoundland, St. John's NL (Tenure granted 1990; Promotion to Professor 2005)

2010 to present  Professor, Tourism Program, Memorial University (Grenfell Campus), Corner Brook, NL

2010 to present  Associate, International Centre for Responsible Tourism, Leeds Metropolitan University, Leeds, England

2009 – present  Associate, Marine Studies Research Unit, Memorial University of Newfoundland, St. John's, NL

1992 – 1993  Associate Chair in Child Protection, School of Social Work, Memorial University of Newfoundland

| 1990 – 1993 | Visiting Associate Professor, School of Social Work, Smith College, Northampton, MA |
| 1986 – 1988 | Assistant Professor, Department of Sociology, Anthropology, and Social Work, Skidmore College, Saratoga Springs, NY |
| 1986 – 1988 | Mentor, Empire State College, State University of New York, Saratoga Springs, NY |
| 1981 – 1986 | Assistant Professor, Department of Sociology, Anthropology, & Social Work, Iowa State University |
| 1977 – 1978 | Field Instructor, Wurzweiler School of Social Work, Yeshiva University, New York City, NY |

## PROFESSIONAL EXPERIENCE

### Non-Academic Employment

| 1992 | Acting Executive Director, Family Life Bureau, St. John's, NF (January – May) |
| 1974 – 1978 | Regional Director, B'nai Brith Youth Organization, Skokie, IL; Syracuse, NY |
| 1973 – 1974 | Staff Development Specialist, Social Security Administration, Baltimore, MD |

### Expert Witness (d=deposed)

| October 2012 | Lapin (Sara Doe) vs. Royal Caribbean Cruises Limited, (The Eriksen Law Firm) |
| August 2012 | Gregory (Jane Doe) vs. Norwegian Cruise Line Limited, United States District Court - Miami (Brais & Brais) Case #11-22230-CV-Cooke/Turnoff **(d)** |
| April 2011 | Hesse vs. Royal Caribbean Cruises Limited, (Hickey Law Firm) |
| August 2009 | Boney vs Carnival Corporation, United States District Court – Southern District (Lipcon, Margulies & Alsina P.A.) Case #08-22299-CIV-Seitz/O'Sullivan **(d)** |
| May 2009 | Howell vs Carnival Corporation, United States District Court – Southern District (Lipcon, Margulies & Alsina P.A.) #08-23140-CIV-Lenard/Garber |
| Sept 2008 | Bartholomew vs Royal Caribbean Cruises Limited, United States District Court – Southern District (Walker and O'Neill, PA) Case #07-22766 CIV-Jordan/Torres **(d)** |
| August 2007 | Sheila Bruce (S.B.) vs Royal Caribbean Cruises Limited (The Eriksen Law Firm) **(d)** |

| July 2007 | Minogue (O.M.) vs Magical Cruise Company d/b/a/ Disney Cruise Line, Middle District Court – Orlando (The Eriksen Law Firm) Case#6:06 CV 351 ORL-28 KRS |
|---|---|
| Sept 2006 | Pinto et al vs Princess Cruise Lines, United States District Court – Southern District (Crewmembers and Maritime Advocacy Center) Case #05-23087-CIV-Altonaga/Turnoff |
| Feb 2006 | Sanford et al vs Carnival Corporation, 11th Judicial Circuit, Miami-Dade, FL (Hill and Ponton, P.A.) 22-16832 CA 22, 02-16855 CA22 to 02-16860 CA22 **(d)** |
| Nov 2002 | Hui Hoopakele Aina vs Hawai'i Departments of Transportation and Land and Natural Resources (Earthjustice) |

## Congressional Testimony

| July 2013 | US Senate, Committee on Commerce, Science, and Transportation, Hearings on "Cruise Industry Oversight: Recent Incidents Show Need for Stronger Focus on Consumer Protection" |
|---|---|
| March 2012 | US Senate, Committee on Commerce, Science, and Transportation, Hearings on "Oversight of the Cruise Ship Industry: Are Current Regulations Sufficient to Protect Passengers and the Environment?" |
| June 2008 | US Senate, Committee on Commerce, Science, and Transportation, Subcommittee on Surface Transportation and Merchant Marine Infrastructure, Safety and Security, Hearings on "Cruise Ship Safety: Examining Potential Steps for Keeping Americans Safe at Sea" |
| March 2007 | US House of Representatives, Subcommittee on Coast Guard and Maritime Transportation, Committee on Transportation and Infrastructure, Hearings on "Crimes Against Americans on Cruise Ships" |

## Other Expert Testimony

| Nov 2005 | Hawai'i County Council, invited testimony re: environmental and economic issues |
|---|---|
| March 2003 | San Francisco City and County Board of Supervisors, testimony re: environmental issues on behalf of San Franciscans for a Clean Environment |
| Jan 2003 | San Francisco City and County Board of Supervisors, testimony re: environmental issues on behalf of Bluewater Network |

## Research Grants and Contract Research

| 2004 - 2007 | Social Sciences and Humanities Research Council<br>Project Title: Looking After Children in Government Care: Assessing and Improving Outcomes in Child Welfare (co-applicants: K. Kufeldt, R. Klein, R. Twigg), amount: $193,168 |
|---|---|

1998            Department of Human Resources and Employment, Division of Child Welfare,
                Government of Newfoundland and Labrador
                Project Title:  Review of Children in Care in Newfoundland and Labrador, 1984-
                1994 (K. Kufeldt and R. Klein), amount $20,000

1993 – 1994     Department of Social Services, Division of Employment Opportunities,
                Government of Newfoundland and Labrador
                Project Title:  Innovative Strategies for the Transition from Dependence to
                Labour Force Attachment, amount $24,000

1992 – 1993     Department of Justice, Division of Adult Corrections, Government of
                Newfoundland and Labrador
                Project Title: Teaching Anger Management Skills to Inmates and Correctional
                Staff , amount $12,000

1990 – 1991     Institute for Social and Economic Research, Memorial University of
                Newfoundland
                Project Title: Monitoring for Impact Assessment (co-applicants: R. Klein and D.
                Durst), amount: $13,200

1990 – 1991     Woman's Policy Office, Government of Newfoundland and Labrador
                Project Title: Resource Manual for Caregivers of Women with Addictions,
                amount $10,000

1989 – 1990     Community Services Council, St. John's, NF
                Project Titles: Social Policy Priorities for the 1990's;Treatment Needs of Women
                with Addictions; Social Spending Cutback Analysis; Teenage Pregnancy in Rural
                Newfoundland; Operational Evaluation of Consumers' Organization for Disabled
                Persons; Needs Assessment Relevant to the Utilization of the Youth Strategy
                Program for Severely Disadvantaged Youth, amount $60,000

1989            Working Group on Child Sexual Abuse, St. John's, NF
                Project Title:  Therapeutic Intervention with Sex Offenders in Newfoundland and
                Labrador, amount $1,000

1985 – 1986     National Committee for the Prevention of Child Abuse and Iowa Governor's
                Advisory Council on Child Abuse Prevention, Des Moines, IA
                Project Title:  Operational Evaluation of the Jasper County Comprehensive Child
                Abuse Prevention Program, amount $10,000

1981            Roscoe Martin Travel Grant, Syracuse University
                Project Title:  "David versus Goliath: The Big Power of Small States," amount:
                $5,000

1980 – 1981     Syracuse Senate Committee for Research
                Project Title: "David versus Goliath: The Big Power of Small States," amount:
                $15,000

1979 – 1980     New York School of Psychiatry and New York State Office of Mental Health
                Project Title:  Evaluation of Community-Based Treatment Programs for Chronic
                Psychiatric Patients, amount $7,800

**TEACHING EXPERIENCE**
**Courses taught at Memorial University (1988 to date)**:
*Undergraduate Courses*
    Introduction to Social Work
    Human Behaviour and the Social Environment: Individuals and Families
    Human Behaviour and the Social Environment: Groups and Society
    Social Problems and the Person
    Assessment of Individuals and Families in a Community Context
    Research and Evaluation for Social Work Practice
    Systematic Inquiry and the Evaluation of Information
    Community Development
    Child Sexual Abuse: Coping and Prevention
*Graduate Courses*
    Research Theory, Design, and Analysis
    Research Design for Social Work Assessment and Evaluation
    Data Analysis for Social Work Assessment and Evaluation
    Systematic Inquiry: Concepts and Methods
    Systematic Inquiry: Proposal Development
    Systematic Inquiry: Research Project Report
    Seminar in Social Administration: Evaluation of Policies and Programs
    Philosophy of Science and Research Design (Ph.D. level)
    Qualitative Data Analysis (Ph.D. level)
    Quantitative Research (Ph.D. level)
    Data Analysis for Social Workers (Ph.D. level)
*Courses by Distance Education*
    Systematic Inquiry and the Evaluation of Information (Correspondence)
    Child Sexual Abuse: Coping and Prevention (Video-Link)
    Systematic Inquiry: Concepts and Methods (Teleconference/Decentralized; Correspondence)
    Research Design for Social Work Assessment and Evaluation (Correspondence; Web)
    Data Analysis for Social Work Assessment and Evaluation (Correspondence; Web)
**Courses taught at other Institutions (1980-1988):**
*Social Work*
    Introduction to Social Work
    Human Behaviour and the Social Environment, I & II
    Problem Solving Methods II (Macro Practice)
    Social Policy Analysis
    Social Work Research
    Death and Dying
    Voluntarism and Voluntary Action
*Sociology*
    Introductory Sociology
    Social Problems
    The Family
    Sex Roles in Modern Society
    Sociology of the Life Cycle (Graduate and Undergraduate)
    Community Action (Graduate and Undergraduate)
    Political Sociology (Graduate)
*Liberal Studies*
    Peace and Nonviolence in the Nineteenth and Twentieth Centuries
*Courses Taught by Correspondence*
    Principles of Sociology

The Abnormal Personality
*Courses Taught in Correctional Institutions*
Peace and Nonviolence in the Nineteenth and Twentieth Centuries
Human Behaviour and the Social Environment II
Problem Solving Methods II (Community Organization)
**Graduate Studies Involvement**
*Memorial University, School of Social Work, 1988 - to date*
Supervised 7 completed PhD dissertations
Fehr, L. (2013) *The Meaning of Social Justice to Social Work Students*
Mayer, C. (2013) *Younger Women's Experiences with Distress at Time of Breast Biopsy and Diagnosis*
Neckoway, R. (2011) *The Role of Culture in Parenting: Some Ojibway Parents' Perspectives*
Zuk, G. (2009) *Honouring the subjective: An Exploration of the Self-Reflexive Portfolio in Social Work Education*
Robinson, P. (2007) *Mental Health Research: A Path to Personal, Interpersonal and Political Change for Participant Researchers?*
Tranter, D. (2005) *Different Than Dad: A Phenomenological Exploration of Masculine Gender Role Strain*
Schmidt, G. (2002) *How Long Are You Staying?*
Supervisor to 7 current PhD candidates
Albert, J. *An Aboriginal-based Curriculum for Teaching Social Work Administration*
Barry, L. *Premenstrual Experiences as a Consideration in Risk Assessments Conducted by Child Protection Workers*
Chechek, D. *Dissonance as a Predictor of Occupational Dissatisfaction and Psychological Distress Among Social Work Professionals*
Dutta, D. *'Baba-Maaer Manush Korar Daitya' (Our Parental Duty of Raising Children): An Ethnographic-Phenomenological Approach to Understanding the Parenting Experiences of Bengali Speaking Immigrants*
Harrington, C. *Living with the Loss of Canada's Fallen: A qualitative study of family members' experiences following military death*
Lanteigne, I. *To go or not to go: Long-term outcomes of an international field placement experience on a social worker's practice*
Patterson, E. *How International Field Practica Influence Career Goals and Chosen Areas of Practice*
Supervised 2 completed M.S.W. theses
Antle, Beverley J. (1990) *Guilt, Food, and Control: Three Women's Experience with Eating Disorders*
Bolger, Donna M. (1990) *Female and Male Voices in Social Work Revisited: A Systematic Critique of Liane Davis*
Supervised 62 completed M.S.W. research projects (1991 – 2000)
*University of Otago, Dunedin, 2010*
External examiner for Master of Tourism thesis: London, W. R. (2010) *Ship to Shore: The Nexus and Optimisation of Risk*
*University of Western Sydney, Australia, 2009*
External examiner for PhD dissertation: Tregeagle, S. (2009) *Harnessing Information and Communication Technology for Vulnerable Children: The Redevelopment of the Australian Case Management Systems 'Looking After Children' and 'Supporting Children Responding to Families'*

*Maritime School of Social Work, Dalhousie University, 2006-2007*

Field Instructor for Research Field Practicum
*University of Iceland, Department of Geography, Winter 2006*
    Visiting graduate student for one-on-one instruction
*Brock University, Department of Recreation and Leisure Studies, 2004-2005*
    Supervisory Committee Member for Masters thesis: Shephard, V. (2005) *Ethics, Tourists, and The Environmental Practices of The North American Cruise Ship Industry: A Comparison Study of the Ethical Standards of Alaskan and Caribbean Cruise Ship Tourists*
*University of California, Santa Barbara (Donald Bren School of Environmental Science & Management), 2003-2004*
    Supervisory Committee Member to a five-person group Masters thesis
*Smith College School of Social Work, 1990-1993*
    Supervised 1 completed Ph.D. dissertation: Twigg, R. (1993) *What Price Foster Care? The Effect of the Foster Care Experience on the Foster Parents' Own Children: An Exploratory Study*
*Iowa State University, 1981-1986*
    Served on 16 Masters Committees (including sociology, education, public administration, political science, and family environment)
    Supervised 4 completed M.A. theses (sociology)
    Served on 9 Ph.D. committees (sociology and family environment)
    Co-supervised 1 Ph.D. dissertation (sociology)

## PUBLICATIONS AND PROFESSIONAL CONTRIBUTIONS
### Books, Monographs, and Published Reports

*Getting a Grip on Cruise Ship Pollution*, Washington, DC: Friends of the Earth. 2009.
*Cruising without a Bruising: Cruise Tourism and the Maritimes*, Halifax, NS: Canadian Centre for Policy Alternatives. 2009
*Paradise Lost at Sea: Rethinking Cruise Vacations*, Halifax: Fernwood Publishing. 2008
*Cruise Ship Squeeze: The New Pirates of the Seven Seas*, Gabriola Island, BC: New Society Publishers. 2005
*Playing Off the Ports: BC and the Cruise Tourism Industry*, Vancouver, BC: Canadian Centre for Policy Alternatives. 2005
*The Cruise Industry and Environmental History and Practice: Is A Memorandum of Understanding Effective for Protecting the Environment,"* San Francisco: Bluewater Network and Seattle: Ocean Advocates.  2003
*Charting A Course:  The Cruise Industry, the Government of Canada, and Purposeful Development,* Ottawa: Canadian Centre for Policy Alternatives. 2003
*Cruising - Out of Control: The Environment, Workers, and Atlantic Canada's Ports*, Halifax: Canadian Centre for Policy Alternatives. 2003
*Cruise Ship Blues: The Underside of the Cruise Ship Industry*, Gabriola Island, BC: New Society Publishers. 2002
*Death by Chocolate: What You Must Know Before Taking a Cruise*, St. John's: Breakwater Books.  2001
*Anger Management Program: Facilitator's Manual*, St. John's: Adult Corrections Division, Department of Justice.  1993
*Monitoring for Management: Towards a Process for Managing the Socio-Economic Impacts of Offshore Oil Development in Newfoundland and Labrador*, St. John's: Institute of Social and Economic Research (K. Storey, D. Durst, R. Klein and  M. Shrimpton).  1991
*The Three R's:  Recognizing, Reaching, and Referring Women with Addictions:  A Guide for Caregivers*, St. John's: Women's Policy Office (R. Klein, B. Woodland and D. Lawlor).  1991
*Skirting the Issue:  The Treatment Needs of Women with Addictions*, St. John's: Community Services Council (B. Woodland, D. Lawlor, R. Klein and P. Rowe).  1989

*The Psycho-Social Club and Other Modalities for Community Based Psycho-Social Rehabilitation*, Albany: New York State Office of Mental Health. 1980

*The Social Work General Practitioner: A Book of Readings*, New York: MSS Publishing (D. Fausel with R. Klein). 1973

### Course Manuals for Distance Education

*Social Work 6413 by Distance Education: Research Theory, Design, and Analysis* (On-line course manual), St. John's, Memorial University of Newfoundland Division of Education and Learning Technologies, 2011

*Social Work 6412 by Distance Education: Research Design for Social Work Assessment and Evaluation* (Course Manual), St. John's: Memorial University of Newfoundland Division of Continuing Studies. 2000, 2004

*Social Work 6422 by Distance Education: Data Analysis for Social Work Assessment and Evaluation* (Course Manual), St. John's: Memorial University of Newfoundland Division of Continuing Studies. 1999, 2004

*Social Work 6411 by Distance Education: Systematic Inquiry: Concepts and Methods* (Course Manual), St. John's: Memorial University of Newfoundland Division of Continuing Studies. 1997

*Social Work 4421 by Distance Education: Systematic Inquiry and the Evaluation of Information* (Course Manual), St. John's: Memorial University of Newfoundland Division of Continuing Studies. 1991, 1993, 1998, 2004, 2006

*The Abnormal Personality: A Course Guide*, Saratoga Springs, NY: State University of New York. 1988

### Chapters in Books

"Intergenerational Relations: Adaptation and Acculturation Among New Canadians," *Diversity and Social Work in Canada* (ed. A. al-Krenawi, J. Graham and N. Habibov), Toronto: Oxford University Press. Forthcoming in 2014 (R. Klein and D. Dutta)

"Envisioning Environmental Policy as Social Policy: The Case of the International Cruise Industry," *Environmental Policy as Social Policy – Social Policy as Environmental Policy: Toward Sustainability Policy,* (ed. I. Wallimann), New York: Springer, pp. 181-196. 2013

"Opportunities for Market Development of Nautical Tourism in Europe," *Nautical Tourism* (ed. T. Lukovic), London: CABI, pp. 201-224. 2013 (R. Klein, K. Božic, R. Dowling, P. Gibson, Z. Gržetic, A. Haahti, S. Horak, T. Lukovic, A. Papathanassis and S. Pekkala)

"Sexual Crimes on Cruise Ships: A Historical Perspective on Security Issues for Passengers and Crew," Tourism and Society: A Socio-Economic Perspective (ed. A. Pappathanassis), Heidelberg: Springer Verlag, pp. 141-151. 2012

"The Cruise Sector and Its Environmental Impact," *Tourism and the Implications of Climate Change: Issues and Actions,* (ed. C. Schott), Bingley, UK: Emerald, pp. 113-130. 2010

"Cruises and Bruises: Safety, Security and Social Issues on Polar Cruises," *Cruise Tourism in Polar Regions: Promoting Environmental and Social Sustainability* (ed. M. Luck, P.T. Maher, and E. Steward), London: Earthscan Ltd., pp. 57-74. 2010

Multiple Entries (40). *Encyclopedia of Tourism and Recreation in Marine Environments*, Oxfordshire, UK: CAB International. 2008

"Protecting Paradise: Minimizing the Downside of Cruise Tourism," *Proceedings of the 5th International Coastal and Marine Tourism Congress: Balancing Marine Tourism, Development and Sustainability* (ed. M. Luck et al), Auckland: New Zealand Tourism Research Institute, pp. 242-257. 2007

"Troubled Seas: Social Activism and the Cruise Industry," *Cruise Ship Tourism: Issues, Impacts, Cases* (ed. Ross K. Dowling), Oxfordshire, England: CABI Publishing, pp. 377-388. 2006

"Turning Water Into Money: The Economics of the Cruise Industry," *Cruise Ship Tourism: Issues, Impacts, Cases* (ed. Ross K. Dowling), Oxfordshire, England: CABI Publishing, pp. 261-269. 2006

"An Examination of Resilience Theory and its Relevance for Child Welfare Practice," in *Promoting Resilience in Child Welfare*, (ed.) R.J. Flynn, P.M. Dudding, and J.G. Barber, Ottawa: University of Ottawa Press, pp. 34-51. 2006 (R. Klein, K. Kufeldt and S. Rideout)

"The Industry's Darkside," *World Regions and Places: A Reader* (6th ed), (ed.) Jeffrey S. Smith, Boston: Pearson Custom Publishing. 2006 (Reprint of 2003 article in *Conscious Choice*)

"You Can't Turn Someone Down for Promotion Because You Don't Like Him," *Winning, Losing, Moving On: How Professionals Deal with Workplace Harassment and Mobbing*, (ed.) K. Westhues, Queenston, ON: Mellen Press, pp. 53-75. 2005

"Experimental Designs," "B'nai Brith," "Jewish Communal Work," *Encyclopedia of Canadian Social Work* (ed.) F. Turner, Kitchner: WLU Press. 2005

"Research in Social Work," *Canadian Social Welfare* (5th ed), (ed.) F. Turner and J. Turner, Toronto: Allyn and Bacon, pp 451-464. 2005

"Social Work With Canadians of Jewish Background: Guidelines for Direct Practice," *Multicultural Social Work in Canada: Working with Diverse Ethno-racial Communities* (ed.) Alean Al-Krenawi and John Graham, Toronto: Oxford University Press. pp 202-227. 2003 (Ross Klein and Julia Mirsky)

"Research in Social Work," *Canadian Social Welfare* (4th ed), (ed.) F. Turner and J. Turner, Toronto: Allyn and Bacon, pp 485-497. 2001

"David versus Goliath: The Big Power of Small States," *Contesting Identities and Conflicting Communities: A Transdisciplinary Analysis*, (ed.) Patrick G. Coy et al, Boulder: Rowman & Littlefield Publishers, pp 67-90. 2000

"The Challenge of Building Nonviolent Communities: Ideological Imperatives and Practical Realities," *Hurting, Healing, Hoping: Transforming Our Communities*, (ed.) Kathleen Kufeldt and Lois Greene, St. John's: Chair in Child Protection, Memorial Univeristy of Newfoundland, pp 153-165. 1996

"Training For What: A Critical Analysis of Provincial Initiatives to Foster Labour Force Attachment Among Recipients of Social Assistance," *The Training Trap: Ideology, Training and the Labour Market*, (ed.) Thomas Dunk et al, Winnipeg/Halifax: Society for Socialist Studies/Fernwood Publishing, pp 125-144. 1996

"The Family in the Twenty-First Century," *Marriages and Families: Changes, Choices, and Constraints* by Niki Benokraitis, Englewood Cliffs, NJ: Prentice-Hall, pp 502-522 (Contributing Author). 1993

"Peace and Nonviolence in the Nineteenth and Twentieth Centuries," *Peace and World Order Studies: A Curriculum Guide*, Fifth Edition, (ed.) Daniel C. Thomas and Michael T. Klare, Boulder, CO: Westview Press, pp 451-455. 1989

"The Psycho-Social Club: What Is It and What Does It Propose to Do?," *The Psycho-Social Club and Other Modalities for Community Based Psycho-Social Rehabilitation* (ed.) Ross A. Klein, Albany: New York State Office of Mental Health, pp. 40-48. 1980

"Negotiation as a Means for Pursuing International Conflict," *Proceedings of Sociological Research Symposium:IX*, Richmond: Virginia Commonwealth University, pp. 46-49. 1979

## Articles

"In the Aftermath of the Costa Concordia Disaster," *Risk & Regulation* 24 (Winter), pp. 4-5, 2012

"Different Streams in Cruise Tourism Research," Special Issue on Cruise Tourism, *Tourism*, 60:1, pp. 7-13, 2012

"Treacherous Waters: The Latest Bad Publicity for the Global Cruise Industry is Just the Tip of the Iceberg," *Foreign Policy*, April 6, 2012 (http://www.foreignpolicy.com/articles/2012/04/05/treacherous_waters); Reprinted as "Stop Rearranging the Deck Chairs: Cruise Industry Needs Big Changes," *Seattle Times*, April 10, 2012 (http://seattletimes.nwsource.com/html/travel/2017948779_webcruiseships11.html);

Reprinted as "Industry Cruising for a Bruising," *The Press*, April 12, 2012 (http://www.stuff.co.nz/the-press/opinion/perspective/6728212/Industry-cruising-for-a-bruising)

"Responsible Cruise Tourism: Issues of Cruise Tourism and Sustainability," Special Issue on Cruise Tourism:  Emerging Issues and Implications for a Maturing Industry, *Journal of Hospitality and Tourism Management*, 18, 103-112, 2011.

"Sex at Sea: Sexual Crimes on Cruise Ships," *Journal of Tourism in Marine Environments*, 7:2, 67-80, 2011. (Ross A. Klein and Jill Poulston)

 "The Cost of Cruising," *Vancouver Observer*, April 13, 2010 (http://www.vancouverobserver.com/2010/04/13/cost-cruising) (Reprinted in *Island Tides*, 22:8 (April 29 – May 12) pp. 2, 11; Reprinted in The Tyee, May 21, 2010 (http://thetyee.ca/Opinion/2010/05/21/CostOfCruising/).

"Greening the Cruise Industry," *Journal of Ocean Technology*, 5:1 (March), pp. 7 – 15, 2010.

"Environmental Impacts of Cruise Tourism," *Prows Edge Cruise Magazine and Guide to Cruising*, July 2009. (http://www.prowsedge.com/views-ross-klein.html)

"An Intellectual Balancing Act," *Sociology on the Rock* (Issue 3), Winter 2009. (http://www.mun.ca/soc/newsletter/issue3/index.html)

"Comparing Caring: Preliminary Findings of an International Research Project Based on the Use of the Looking After Children System in Canada and Australia," *Children Australia*, 32:2, pp. 21 – 28, 2007 (Deirdre Cheers, Kathleen Kufeldt, Ross Klein, and Scott Rideout)

"The Politics of Environmental Activism: A Case Study of the Cruise Industry and the Environmental Movement," *Sociological Research Online*, 12:2 (March), 2007. (http://www.socresonline.org.uk/12/2/klein.html)

"The Looking After Children Assessment Process: Promoting Resilient Children and Resilient Workers," *Families in Society: The Journal of Contemporary Social Services* (Special Issue on International Foster Care), 87:4 (October-December), pp. 565 – 574, 2006 (Kathleen Kufeldt, Lucy McGilligan, Ross A. Klein, and Scott Rideout)

"Attack of the Oversized Playpen," *Briarpatch Magazine* 35:7 (November), pp. 14 – 17, 2006

"Geography and Social Worker Retention," *Rural Social Work*, 9 (December), pp. 235 – 243, 2004 (Glen Schmidt and Ross Klein)

"Sweatships: The Cruise Industry and the Socialist Agenda" *Socialist Studies Bulletin*, 70 (Spring-Summer), pp. 5 – 18, 2003

"Cruise Ships Blues: A Cruise Junkie Exposes the Industry's Darkside," *The New Times*, July 2003

"Major Cruise Lines Charged, Fined for Pollution – But Not in Canada," *CCPA Monitor*, (June), 28 – 29, 2003

"Cruise Ship Blues: The Darkside of Sailing the Deep," *Whole Life Times*, 25:3 (March), 22 – 25. 2003

"Cruise Ships: The Industry's Dark Side," *Conscious Choice: Journal of Ecology and Natural Living*, 16:2 (February), 24 – 25, 29. 2003

"High Seas, Low Pay," *Motionsickness: The Other Side of Travel*, Issue #4, 20 – 25. 2003 (Reprint of article in Our Times Magazine, December 2001/January 2002.

"Cruise Ship Blues: A Cruise Junkie Explores the Environmental and Social Costs of Industrial Tourism," *Shared Vision*, 171 (November), 16-19. 2002

"Left In Its Wake: The Cruise Industry Prefers a Voluntary Approach to Environmental Responsibility but Performance has been Poor Where Tough Regulatory Controls are not in Place," *Alternatives Journal*, 28:4 (Fall), 23-27. 2002

"High Seas, Low Pay: Working on Cruise Ships," *Our Times: Canada's Independent Labour Magazine*, December/January, 29-34.  2001

"Cruising Attitude," *Doctor's Review*, 19:10 (October), 103-106, 209. 2001

"Jumping Ship: A Cruise Junkie Explains Why Doctors Should Think Twice Before Booking the Week at Sea," *Doctor's Review*, 19:4 (April), 78-81, 197. 2001 (R. Klein and K. Halley)

"Social Work Under Siege:  Finding Opportunities From Crisis," *The Social Worker*, 59:2 (Summer), 53-56. 1991

"Sociological Practice:  Is It Sociology or Is It Social Work?," *Wisconsin Sociologist*, 27:1 (Winter), 4-11 (R. Klein and R. Jones). 1991

"Communication and Relationship Simulation (CARS):  A Reality Based Means for Teaching Courtship, Marriage and the Family," *Teaching Sociology*, 15:3 (July), 285-295 (R. Klein and M. Breci). 1987

"Positive Inducements in Middle East Peace Efforts, 1949-1979," *International Journal of Sociology and Social Policy*, 7:2, 15-27 (L. Kriesberg and R. Klein). 1987

"Child Sexual Abuse Prevention Programs:  Are They Misdirected?," *New Designs for Youth Development*, 7:1 (January/February), 1-5 (R. Klein and D. Hickman). 1986

"University Entanglements with AID," *Social Anarchism: Journal of Practice and Theory*, 8/9, 22-25. 1985

"Elites and Increased Public Support for U.S. Military Spending," *Journal of Political and Military Sociology*, 10:2 (Fall), 275-298 (L. Kriesberg, R. Klein, and H. Murray). 1982

"Changes in Public Support for U.S. Military Spending," *Journal of Conflict Resolution*, 24:1 (March), 79-111 (L. Kriesberg and R. Klein). 1980

### Book Reviews

"Review of 'The Bully, the Bullied, and the Bystander' by Barbara Coloroso, *Let's Talk Families: Family Service Canada's National Newsletter*, 14:1 (January), 5. 2003

"Review of 'Poor-Bashing: The Politics of Exclusion,' by Jean Swanson," *Society of Socialist Studies Bulletin*, 66 (Jan/Feb/Mar), 12 – 13. 2002

"Review of 'Democracy in Small Groups: Participation, Decision Making and Communication' by John Gastil," *Social Anarchism: Journal of Theory and Practice*, 23, 85-87. 1997

"Review of 'Primary Care Research: Traditional and Innovative Approaches' by Peter G. Norton, et al," *Canadian Social Work Review*, 9:2 (Summer), 258-259. 1992

"Review of 'Child Sexual Abuse: Critical Perspectives on Prevention, Intervention, and Treatment' by Christopher R. Bagley and Ray J. Thomlison," *The Social Worker*, 60:1 (Spring), 72. 1992

"Review of 'Post-Revolutionary Nicaragua: State, Class and the Dilemmas of Agrarian Policy' by Forrest D. Colburn," *International Journal of World Peace*, 6:3 (July-September), 121-124. 1989

"Review of 'Men, Women, and Change, Second Edition,' by Scanzoni and Scanzoni," *Teaching Sociology*, 17:1 (January), 103-104. 1989

"Review of 'Sex and Advantage' by Janet Saltzman Chafetz," *Social Forces*, 64 (March), 830-832. 1985

"Review of 'Too Many Women' by Marcia Guttentag and Paul Secord," *Sociology: Review of Books*, 10:4 (Sept-Oct), 29. 1983

### Unpublished Research Reports and Proposals

*Looking After Children in Government Care in Australia and Canada* (Final Report to SSHRC), Fredericton, NB: University of New Brunswick. 2007 (K. Kufeldt, D. Cheers, R. Klein, S. Rideout)

*Review of Children in Care in Newfoundland and Labrador: 1984-1995*, St. John's: Department of Human Resources and Employment. 1998 (K. Kufeldt and R. Klein)

*Fostering Labour Force Attachment: A Pilot Project Proposal*, St. John's: Department of Social Services. 1994

*Programs That Foster Labour Force Attachment:  Innovations, Assumptions, Implications*, St. John's: Department of Social Services. 1994

*Community Consultation: Social Issues of the 1990's*, St. John's: Community Services Council. 1990

*Internal Review and Evaluation of Consumers Organization of Disabled People of Newfoundland and Labrador*, St. John's: Community Services Council (P. Rowe and R. Klein). 1990

*A Comparison of Spending Under the Canada Assistance Plan by Atlantic Provinces*, 1976-1988, St. John's: Community Services Council. 1989

*Living Below the Line:  A Comparison of the Adequacy of Social Assistance Benefits Across Provinces*, St. John's: Community Services Council (R. Klein and G. White). 1989

*VIDEOSCOPE:  A Project to Test an Innovative Approach to Reduce the Rate of Teenage Pregnancy in Rural Newfoundland*, St. John's: Community Services Council (D. Lawlor and R. Klein). 1989

*Youth on Social Assistance Employability Study, Volume I:  Research and Program Design*, St. John's: Community Services Council (P. Rowe and R. Klein). 1989

*Youth on Social Assistance Employability Study, Volume II:  Inventory of Training Programs*, St. John's: Community Services Council (P. Rowe and R. Klein). 1989

*Therapeutic Intervention with Sex Offenders in Newfoundland and Labrador*, St. John's: Working Group on Child Sexual Abuse (E. Friel and R. Klein). 1989

*Evaluation of the Jasper County Comprehensive Child Abuse Prevention Program, 1985-1986*, Des Moines: Governor's Advisory Council for the Prevention of Child Abuse. 1986

**Presentations at Professional Meetings and Academic Conferences**

Keynote Address: Cruising without a Bruising: The Ups and Downs of Cruise Tourism, Fjord 2.0 Konferansen 2013 (Fjord Norway & NCE Tourism Fjord Norway), Balestrand, Norway, September 2013

"Breaking Loose from the Ivory Tower: The Challenges for Academic Researchers with an Activist Agenda," International Critical Tourism Society Conference, Sarajevo, Bosnia, June 2013

"Tensions between Cruise Tourism and Land-based Tourism: The Case of Dubrovnik and Key West," International Symposium on Cruise Ships in Historic Port Communities, Charleston, SC, February 2013

"The Cruise Industry's Business Model: Implications for Ports," International Symposium on Cruise Ships in Historic Port Communities, Charleston, SC, February 2013

"Old Ships in New Bottles: Where Do Cruise Ships Go When They Get Old?" 4th International Cruise Conference, Leeuwarden, Holland, May 2012

 "Leaving Ethics at The Door: Environmentalism, Sustainability and Transnationalism," Annual Conference of the Canadian Association for Social Work Education, Fredericton, June 2011.

"Sexual Crimes on Cruise Ships: A Historical Perspective on Security Issues for Passengers and Crew," 3rd International Cruise Conference, Dubrovnik, May 2011

"Keynote Address – Is Cruising Responsible Tourism," Responsible Cruising Conference, International Centre for Responsible Tourism, Leeds Metropolitan University, March 2010

"Keeping the Cruise Tourism Responsible: The Challenge for Ports to Maintain High Self Esteem," Third International Conference on Responsible Tourism in Destinations (Academic Conference), Belmopan, Belize, October 2009

"Protecting Paradise: Minimizing the Downside of Cruise Tourism," 5th Coastal and Marine Tourism Congress, Auckland, 2007

"Promoting Best Practices in Child Protection: Looking After Children," 2007 NLASW Provincial Conference, St. John's, 2007 (K. Kufeldt, C. Kelly, R. Klein, L. McGilligan)

"Paradise Lost at Sea: Cruise Ship Workers as Commodity," Serving the New Economy: Critical Perspectives on Hospitality and Tourism Work – A Centre for Research on Work and Society Workshop, York University, Toronto, 2006

"Looking After Children in the Looking Glass: Insights from a Matched Sample in Canada and Australia," Association of Childrens Welfare Agencies Conference / 7th International Looking

After Children Conference, Sydney (NSW), 2006 (R. Klein, D. Cheers, K. Kufeldt, S. Rideout)

"Fostering International Research Relationships to Assist Children in Care: A Case Example Using the Looking After Children System in Canada and Australia," IFCO World Conference, Madison, WI, 2005 (D. Cheers, K. Kufeldt, R. Klein, S. Rideout)

"An Examination of Resilience Theory and its Relevance for Child Welfare Practice," 6th Annual Looking After Children Conference & 5th Annual National Child Welfare Symposium, Ottawa, 2004 (R. Klein, K. Kufeldt, S. Rideout)

"Looking After Children, A Case Study: Its Ability To Promote Resilient Children And Resilient Workers," 6th Annual Looking After Children Conference & 5th Annual National Child Welfare Symposium, Ottawa, 2004 (K. Kufeldt, L. McGilligan, r. Klein, S. Rideout)

"The Politics of Environmental Activism: A Case Study of the Cruise Industry and the Environmental Movement," British Sociological Association, York, 2004

"Sweatships: The Cruise Industry and the Socialist Agenda," Keynote Address at Annual Program Meeting of Society for Socialist Studies, Halifax, 2003

"Maintaining Objectivity: Confronting the Problem of Personal Politics and Social Realities," Qualitative Analysis Conference, Hamilton, 2002

"Sweatshops at Sea: Unglamourous Work in a Glamourous Environment," Canadian Sociology and Anthropology Association / Society for Socialist Studies, Toronto, 2002

"Making Sense of a Social World: A Macro Perspective," Qualitative Analysis Conference, Hamilton, 2001

"Deprofessionalization of Social Work: A Case Study of Social Work and the Registration of Social Work in Newfoundland." Learned Societies Meetings, St. John's. 1997

"The Challenge of Building Nonviolent Communities:  Ideological Imperatives and Practical Realities," Second Annual Symposium of the Chair in Child Protection, St. John's. 1995

"Training For What:  A Critical Analysis of Provincial Initiatives to Foster Labour Force Attachment Among Recipients of Social Assistance," Learned Societies Meetings, Montreal. 1995

"Cultural Images and Substance Abuse Among Women," Oh Me Nerves: A Conference on Multicultural Health, St. John's (with B. Woodland). 1990

"Matching the Method and the Consumer:  A Comparative Analysis of Approaches to Distance Education," Annual Meeting of the Canadian Association of Schools of Social Work, Victoria. 1990

"Employability Enhancement of Youth:  Issues, Barriers, and Prospects," Second Annual Atlantic/Maritime Schools of Social Work Conference, Halifax. 1990

"Making Research a Relevant Part of Social Work Education," Annual Meeting of the Canadian Association of Schools of Social Work, Quebec. 1989

"Preparation for Direct Practice:  Assessment as an Integrating Focus in the Undergraduate Curriculum," First Annual Atlantic/Maritime Schools of Social Work Conference, St. John's (with G. Burford). 1989

"Activism Among Social Work Students:  Values, Ethics, and Academic Freedom," Annual Program Meetings of the Council of Social Work Education, Chicago. 1989

"Inter-Agency Cooperation for Developing Treatment Programs," Conference on Management and Treatment of Sex Offenders, St. John's. 1988

"Educational Programs in Prisons: What Is the Promise?," Midwest Sociological Society, Minneapolis. 1988

"Clinical Sociology:  The Transformation of Social Work into Sociology," Society for the Study of Social Problems, Chicago. 1987

"Integrating Peace and Nonviolence in Social Work Education and Social Work Practice," Annual Program Meetings of the Council of Social Work Education, St. Louis. 1987

"Corporate Influence on the Arts and Popular Culture," Midwest Sociological Society," Des
    Moines (with R. Jones). 1986
"Evaluating Child Abuse Prevention Programs," Fifth Annual Iowa Conference on Prevention of
    Child Abuse and Neglect, Des Moines. 1986
"The Impact of Negative Cognitions and Socio-Environmental Problems Upon Adolescent
    Depression," Annual Program Meetings of the Council of Social Work Education, Miami
    (with R. Simons and M. Miller). 1986
"Homogamous Tendencies in Dating and Marriage," Midwest Sociological Society, St. Louis
    (with J. Geller). 1985
"Are Gender Roles Really Changing," Midwest Sociological Society, St. Louis (with J.
    Geller). 1985
"Changes in Support for U.S. Government Spending for Social Welfare, 1972-1980," Society for
    the Study of Social Problems, San Francisco (with S. Aigner). 1982
"Elites and Increased Support for U.S. Military Spending," American Sociological Association,
    Toronto (with L. Kriesberg and H. Murray). 1981
"David Versus Goliath:  The Big Power of Small States," American Sociological Association,
    Toronto. 1981
"The Role of Third Parties in Conflicts Between Militarily Strong and Militarily Weak States,"
    Society for the Study of Social Problems, Toronto. 1981
"Some Determinants of Religious Participation," Alpha Kappa Delta Sociological Research
    Symposium, Richmond. 1980
"Negotiation as a Means for Pursuing International Conflict," Alpha Kappa Delta Sociological
    Research Symposium, Richmond. 1979
"The Use of Noncoercion in Middle East Conflicts," New York State Sociological Association,
    New York City (with L. Kriesberg). 1978

### Selected Professional Workshops and Academic Lectures

"Scholarship and Critical Action," International Critical Tourism Society Conference, Sarajevo,
    Bosnia, (June 2013) (with Lynn Minneart)
"Charting a Course: The Future of Cruise Tourism in Key West," Invited Keynote Lecture, Last
    Stand, Key West, Florida (February 2013)
"Cruising Cash Cows: Perceptions and Misperceptions," Forum Advocating Cultural and Eco-
    Tourism, Fremantle, Australia (August 2012)
"Cruising Cash Cows: Perceptions and Misperceptions," South West Development Corporation
    and Bunbury Chamber of Commerce," Bunbury, Australia (August 2012)
"Cruising Cash Cows: Perceptions and Misperceptions," University of Otago, Dunedin, NZ
    (August 2012)
"Cruising Cash Cows: Perceptions and Misperceptions," AUT University, Auckland, NZ (August
    2012)
"The Business of Cruise Tourism," AUT University, Auckland, NZ (August 2012)
"Accommodation Management: The Role of the Purser's Office," AUT University, Auckland,
    NZ (August 2012)
"Consumer Satisfaction," University of Newcastle, Newcastle, Australia (August 2012)
"Sex at Sea: Sexual Crimes on Cruise Ships," University of Newcastle, Newcastle, Australia
    (August 2012)
"Examination of Witnesses," University of Newcastle, Newcastle, Australia (August 2012)
 "Cruise Lines and Repeating "Titanic" Mistakes," World's Largest Metaphor Sinks Iceberg: A
    Roundtable Commemorating the Titanic, Maritime Studies Research Unit and the
    Department of History, Memorial University of Newfoundland, St. John's, NL (April 2012)
"Sex at Sea: Sexual Crimes on Cruise Ships," NAPE Women's Conference, St. John's, NL
    (February 2012)

"Sex at Sea: Sexual Crimes on Cruise Ships," Department of Women's Studies Speakers' Series, Memorial University, St. John's, NL (February 2012)

"Protecting Paradise: Minimizing the Downside of Cruise Tourism," Hochschule Bremerhaven, Bremerhaven, Germany (October 2011)

"Cruises Bruises:  Social Issues Related to Cruise Tourism," Hochschule Bremerhaven, Bremerhaven, Germany (October 2011)

"Externalities of Growth of Cruise Tourism," Stenden University, Leeuwarden, Holland (October 2011)

"Critical Approaches to Cruise Research," Hochschule Bremerhaven, Bremerhaven, Germany (October 2011)

"Cruise Industry: Management Challenges Ahead," Institute for Tourism, Zagreb, Croatia (May 2011)

"Workshop on Cruise Tourism," Institute for Tourism, Zagreb, Croatia (May 2011)

"Cruise Tourism is a Business: Issues for Charleston and South Carolina," Cruise Industry Community Forum, Coastal Conservation League, Charleston, SC (March 2010)

"How Responsible is Cruise Tourism," Seminar with Industry Leaders sponsored by Association of British Travel Agents (ABTA), London, England (March 2010)

"How Responsible is Cruise Tourism," International Centre for Responsible Tourism, London, England (March 2010)

"Global Impacts Of Cruise Tourism & Sustainability," Third International Conference on Responsible Tourism in Destinations, Belmopan, Belize (October 2009)

"Sweatships: Historical and Contemporary Reflections on the Crews of Passenger and Cruise Vessels," Marine Studies Research Forum, Memorial University of Newfoundland (September 2009)

"Keeping Cruise Tourism Responsible" Coastal Tourism/Development Panel, International Centre for Responsible Tourism – Belize, San Ignacio, Belize (May 2009)

"Building Cruise Ship Tourism in Newfoundland and Labrador: Issues and Challenges," The Leslie Harris Centre of Regional Policy and Development, St. John's (April 2009)

"Building Cruise Ship Tourism: Issues and Challenges," Council of Haida Nation, Skidegate (January 2009)

"Making Cruise Ship Tourism Sustainable," Gaaysiigang – An Ocean Forum for Haida Gwaii, Skidegate (January 2009)

"Paradise Lost at Sea," Mount Saint Vincent University Tourism Program, Halifax (November 2008)

"Cruising without a Bruising," Sir Wilfred Grenfell College Tourism Program, Corner Brook (October 2008)

 "Troubled Seas: Social Activism and the Cruise Industry," University of Northern British Columbia, Department of Recreation and Tourism, Prince George (February 2007)

"Troubled Seas: Social Activism and the Cruise Industry," University of Victoria Department of Sociology, Victoria (February 2007)

"Rethinking the Benefits of Cruise Tourism," Vancouver Island Public Interest Research Group and James Bay Neighbourhood Environment Association, Victoria (February 2007)

"Turning Water Into Money: The Economics of Cruise Tourism," New Zealand Tourism Research Institute, Auckland (August 2006)

Keynote Address (Environmental and Economic Issues and the Cruise Industry), Ships vs Spit Business Breakfast, Save Our Spit, Gold Coast, Australia (August 2006)

"Looking After Children in Government Care: Assessing and Improving Outcomes in Child Welfare," Institute for Child Protection Studies, Australian Catholic University, Canberra (August 2006)

Keynote Lecture, Cruise Ship Tourism Forum, University of Prince Edward Island (co-sponsored by Institute on Island Studies and Dean of Arts), Charlottetown (July 2006)

"Troubled Seas: The Cruise Industry and Social Activism," Kea'au Community Center (co-sponsored by Sierra Club and KAHEA: The Hawaiian Environmental Alliance), Hilo (November 2005)

"Protecting Paradise: Hawai'i and NCL America," University of Hawai'i (co-sponsored by University of Hawai'i and KAHEA: The Hawaiian Environmental Alliance), Honolulu (November 2005)

"Environmental Regulation of the Cruise Industry: Legal Issues and Challenges," University of Hawai'i Richardson School of Law (Environmental Law Program), Honolulu (November 2005)

"Turning Water Into Money: The Economics of the Cruise Industry," Mount Saint Vincent University (Department of Business and Tourism), Halifax, NS (October 2005)

"The Art of Greenwashing: The Cruise Industry and the Environment," Brock University (Department of Recreation and Leisure Studies), St. Catharines, ON (May 2005)

"Renewable Energy: Save Money, Save the World," Caribbean Media Exchange on Sustainable Tourism VI – Exploring Tourism: Widening the Boundaries of Caribbean Sustainability (Panel Participant), Saint Lucia (June 2004)

"Weighing Anchor: Maximizing Benefits, Minimizing Risks of the Cruise Ship Industry in Atlantic Canada," Maritime Museum of the Atlantic (sponsored by Canadian Centre for Policy Alternatives, Ecology Action Centre, and Maritime Museum of the Atlantic), Halifax (June 2004)

"Charting A Course:  An International Congress for Coral Reef Protection from Ship-based Tourism" (Panel Participant), White Water to Blue Water Partnership Conference (sponsored by UN, US State Department, CARICOM, Government of Canada, et al), Miami (March 2004)

"Cruising Out of Control," Nancy Foster Environmental Centre -- NOAA (sponsored by Last Stand and Livable Oldtown), Key West, FL (January 2004)

"Corporate Responsibility of The Cruise Sector – An Environmental, Economic And Labour Analysis," Caribbean Media Exchange on Sustainable Tourism V -- Tourism and The Media: The Next Generation, Bridgetown, Barbados, (Panel Participant) (December 2003)

"Facilitation Skills," Annual Symposium of Family Educators of Atlantic Canada, St. John's, NL, (November 2003)

"Charting A Course:  The Cruise Industry, Government of Canada, and Purposeful Development," Maritime Studies Research Unit, St. John's, NL, (October 2003)

"Cruise Out of Control," Maui Community College, Kahului, Maui (co-sponsored by KAHEA, Maui Today, Sierra Club Maui, and University of Hawaii Sea Grant), (October 2003)

"Cruise Out of Control," Kealakehe High School Cafeteria, Kailua-Kona (co-sponsored by KAHEA and University of Hawaii Sea Grant), (October 2003)

"Cruise Out of Control," Komohana Ag Complex, Hilo (co-sponsored by KAHEA, Sierra Club Moku Loa), (October 2003)

"Cruise Out of Control," McCoy Pavilion, Honolulu (co-sponsored by KAHEA, Sierra Club O`ahu, Environmental Defense Fund Hawaii), (October 2003)

"Charting a Course: The Cruise Industry, The Government of Canada, and Coastal British Columbia,: University of Northern British Columbia, Prince George (co-sponsored by Economics, Geography, Resource Recreation and Tourism, International Studies, and Social Work), (September 2003)

"By Land, By Sea, or Both?" Caribbean Hotel Industry Conference (Caribbean Hotel Association Annual Meeting), Punta Cana, Dominican Republic. (Panel Participant) (June 2003)

"The Caribbean Cruise Sector: Friend or Foe?" Caribbean Media Exchange on Sustainable Tourism IV: Maximizing the Economic Impact of Tourism, Montego Bay, Jamaica. (May 2003)

"Cruise Ship Blues: The Underside of the Cruise Industry," The Commonwealth Club (co-sponsored by Bluewater Network), San Francisco, CA.   (January 2003)

"Sweatships: The Cruise Industry, Its Workers, the Environment, and the Developing World," University of Toronto, School of Social Work, Toronto, ON.  (January 2003)

"The Cruise Industry and the Environment," Department of the Environment, City and County of San Francisco, San Francisco, CA.  (January 2003)

"Is the Cruise Industry Environmentally Sustainable?:  Industry Practices, International Regulation, and the Developing World,"

- University of Saskatchewan, Department of Sociology, Saskatoon, SK (October 2002)
- Dalhousie University, Department of International Development Studies and Lester Pearson International, Halifax, NS (October 2002)
- University of Alaska, Environmental Studies Program, Anchorage, AK (October 2002)
- Memorial University of Newfoundland, Department of Sociology (November 2002); School of Social Work (November 2002)
- University of Victoria, Co-sponsored: School of Social Work and Vancouver Island Public Interest Research Group, Victoria, BC (November 2002)
- Monterey Institute for International Studies, Co-Sponsored: Ocean Conservancy, Save Our Shores, Friends of the Sea Otter, Monterey, CA (January 2003)
- Juneau City Council Chambers, Downtown Neighborhood Association, Juneau, AK (January 2003)

"Cruisin' without a Bruisin': Avoiding Problems of a Cruise Vacation," Memorial University of Newfoundland, St. John's, NF, 2002.

"Images versus Realities of the Cruise Industry: Ethical, Moral and Professional Issues for Social Work," University of South Florida (Tampa, FL) and University of Manitoba (Winnipeg, MB), 2002

"How Green Is Green?: The Cruise Industry and the Environment," Marine Institute, St. John's, NF. 2001

"Death by Chocolate: An Inside Look at the Cruise Industry," Maxwell School of Public Policy, Syracuse University, Syracuse, NY. 2000

"Anger Management Skills for Youth Care Workers in Youth Corrections," Workshop provided at Newfoundland and Labrador Youth Centre, Whitbourne. 1998

"Child Abuse: Treatment and Prevention Services in Canada," Community Lecture sponsored by School of Social Work, Basel, Switzerland. 1993

"Multiculturalism and Social Work Practice," School Lecture, School of Social Work, Basel, Switzerland. 1993

"Issues in Supervision of Undergraduate Field Practica," Field Instructor's Workshop, Corner Brook, NF. 1992

"Registration of Professional Social Workers," Keynote Address, Professional Pride Day, Newfoundland Association of Social Workers, St. John's. 1991

"Psychological First Aid: Child Sexual Abuse Treatment and Prevention," Professional Development Day, Upper Trinity South Branch of the Newfoundland Teacher's Association, Whitbourne, NF. 1991

"Understanding Child Sexual Abuse," Public Lecture, Goose Bay/Happy Valley, Labrador. 1991

"Managing Social Services in Times of Restraint," Regional Meeting of Managers, Newfoundland and Labrador Department of Social Services, Goose Bay/Happy Valley, Labrador. 1991

Panel Participant, "Data Issues in Social Research," Institute of Social and Economic Research/Statistics Canada Data Week, St. John's. 1991

"CAP Spending and Social Assistance:  Newfoundland in Relation to the Rest of Canada," Faculty Colloquium, Memorial University School of Social Work. 1991

Confidentiality Workshop, Agnes Pratt Nursing Home, St. John's. 1990

Self Awareness and Values Clarification Workshops, CONTACS (Memorial University, Office of Student Affairs). 1990

"Coping Positively and Successfully with Stress," Patient Education Day, Kidney Foundation of Canada-Newfoundland and Labrador Branch. 1990

"Fish Fights: What Newfoundland Can Learn from the Cod Wars and the Tuna Wars," Keynote Lecture, Annual Meeting of Academics for Nuclear Disarmament, St. John's. 1990

Relaxation Training Workshops, Department of Social Work-Nephrology, The Health Sciences Centre. 1990

Self Awareness and Values Clarification Workshops, Peer Counselling Program, (Memorial University, Student Health Services Centre). 1990

"Dealing with Barriers to Participation in Employability Enhancement Programs," Workshop for Skills Assessment Training Centre and Division of Employment Opportunities, Department of Social Services. 1989 - 1990

"Child Abuse Prevention and the Ecclesiastical Chasm in Newfoundland," Lecture sponsored by School of Social Work, Sir Wilfrid Laurier University, Waterloo, ON. 1989

Coach/Analyst, Mediation Workshop, St. John's Youth Diversion Program. 1989

"The Choice:  Entrapment or Emancipation?" A full-day workshop on professional ethics and value dilemmas," Newfoundland Association of Social Workers, St. John's. 1989

Facilitator, Face to Face Mediation Project at Her Majesty's Penitentiary, Mennonite Central Committee, St. John's. 1988 - 1989

"Impacting on Our Community," Project Head Start, Human Service Career Development Days, Saratoga Springs. 1988

"Managing Interpersonal Conflict," and "Self Awareness," Open Line (Crisis Phone Line) Annual Retreat, Ames. 1983

"Conflict: How to Deal With It," Workshop for Women's Week: Weaving Peace, Ames. 1983

"The Effects of Militarism on Society," Consortium on Peace Research, Education and Development, Ames. 1982

"Dialoguing About a Controversial Issue," District Conference for a Bilateral Nuclear Freeze, Ames. 1982

**PROFESSIONAL SERVICE**
### Editorial Positions
Associate Editor, *Journal of Tourism in Marine Environments*, 2003 – present

Guest Editor, Special Issue on Cruise Tourism , *Tourism* (published by the Croatia Tourism Institute), vol 60, no.1, 2011 – 2012

Associate Editor, *Socialist Studies*, 2004 – present

Editorial Advisory Board, *Encyclopedia of Tourism and Recreation in Marine Environments*, Oxfordshire, UK: CABI Publishing, 2005 – 2008

Editorial Board Member, *International Studies Notes*, 1982 – 2000

Associate Editor, *Canadian Review of Sociology and Anthropology*, 1994 – 1997

Newfoundland Correspondent, *Perception Magazine*, Canadian Council on Social Development, 1989 – 1990

Associate Editor, *Social Work Newsletter* (electronic newsletter), 1988 – 1990

Guest Editor, *International Journal of Sociology and Social Policy*, Special Issue on International Conflict and Cooperation, 1986 – 1987

Editorial Board Member, *Western Sociological Review*, Special Issue on Macro-Social Change in Developed and Developing Countries, 1985 – 1986

Editorial Board Member, *Journal of Voluntary Action Research*, Special Issue on Voluntarism and Social Work Practice, 1981 – 1982

Editorial Board Member, *Qualitative Sociology*, 1978 – 1983

## Positions in Professional Associations

Board Member, Cruise Research Society. 2011 – present

Board Member, Canadian Association for Social Work Education, 2011 – 2013
  Chair, Nominations Committee, 2011 - 2013

Web Site Coordinator, Society for Socialist Studies, 2001 – 2004

Member, John Porter Award Committee, Canadian Sociology and Anthropology Association, 1997 – 2001

Board Member, Newfoundland Association of Social Workers, 1988 – 1993  (President, 1990 – 1991)

Committee Member, Social Action Committee, Society for the Study of Social Problems, 1985 – 1988

Chairperson, Nominations Committee, Section on the Sociology of Peace and War, American Sociological Association, 1984 – 1985

Board Member, Section on the Sociology of Peace and War, American Sociological Association, 1983 – 1986

Program Chair, Section on the Sociology of Peace and War, American Sociological Association, 1981 - 1982

Committee Member, Legislative Support/Lobby Task Force, National Association of Social Workers, 1981 – 1986

## Positions on Advisory Committees

Co-Chair (Anglophone), Commission on Accreditation, Canadian Association of Social Work Education, 2011 - 2014

Member, Board of Accreditation, Canadian Association of Social Work Education, 2010 – 2016

Committee Member, Provincial Board of Social Work Registration, St. John's, NL, 1989 – 1993

Committee Member, Archdiocesan Committee on Child Sexual Abuse, St. John's, NL, 1989 – 1991 (Committee Chair, 1990 – 1991)

Committee Member, Research Advisory Committee, Research Group Development Grant, Community Services Council, St. John's, 1988 – 1989

## UNIVERSITY SERVICE (1988 - PRESENT) 2004-

### Memorial University

President, Memorial University of Newfoundland Faculty Association (MUNFA), 2008 – 2014

Member, Vice President's Grants Committee, 2013 – 2016

Member, Search Committee for Vice President (Grenfell Campus), 2010 – 2011

Member, School of Graduate Studies, Academic Council, 2009 - 2011

Member, Search Committee for Director of the School of Social Work, 2009 - 2010

Member, The John Kenneth Galbraith Lectureship in Public Policy Selection Committee, 2008 – 2012

Treasurer, Memorial University of Newfoundland Faculty Association (MUNFA), 2005 – 2008

Executive Committee Member, Memorial University of Newfoundland Faculty Association (MUNFA), 2003 – 2005

Member, School of Graduate Studies, Academic Council, 2002 – 2006

Member, Nominating Committee, School of Graduate Studies Academic Council, 2003 – 2004

Member, University Senate, 1998-2000

Member, School of Graduate Studies, Academic Council, 1998-2000

Member, School of Continuing Studies, Academic Council, 1994 – 1996

Chairperson, School of Graduate Studies, Student Appeals Committee, 1991 – 1993

Member, School of Graduate Studies, Academic Council, 1989 – 1993

Member, Board of Regents, Committee on Employee Benefits, 1989 – 1992

Member, School of Graduate Studies, Rules, Regulations, and Courses Committee, 1990 – 1991

Executive Member, Memorial University of Newfoundland Faculty Association (MUNFA), 1989
    – 1991

**School of Social Work**

Member, Graduate Studies Committee, 2001 – present
Member, PhD Program Committee, 2012 - present
Chair, Graduate Studies Committee, 2010 – 2011
Member, Promotion and Tenure Committee, 2008-2009; 2009-2010; 2010-2011
Chair, Course Equivalency Committee, 2010
Chair, PhD Program Committee, 2002 – 2004; 2009 – 2011, 2012-2013
Member, Administrative Planning Committee, 2002 – 2004
Chair, Course Equivalency Committee, 2000
Member, PhD Program Committee, 1997 – 2011
Supervisor, School of Social Work Computer Lab, 1996 – 2000
Coordinator, Graduate Research Curriculum, 1996 – 2000
Member, Director of School of Social Work Search Committee, 1996 – 1998
Chair, Course Equivalency Committee, 1996
Member, Protection of Human Subjects Committee, 1994 – 1998
Member, Admissions Committee, 1994 – 1997
Chair, Graduate Studies Committee, 1991 – 1993
Chair, Chair in Child Protection Search Committee, 1991 – 1993
Associate Chair in Child Protection, 1992 – 1993
Member, Administrative Planning Committee, 1991 – 1993
Chair, Promotion and Tenure Committee, 1991 – 1992
Chair, Committee for Establishment of a Research Chair on Child Protection and Child Abuse,
    1990 – 1991
Member, Research and Development Committee, 1990 – 1991
Chair, Protection of Human Subjects Committee, 1989 - 1990
Member, Protection of Human Subjects Committee, 1989 - 1992
Member, Graduate Studies Committee, 1988 - 1993

**COMMUNITY SERVICE, 1988 – present**

Chair, Kidney Cancer Canada, September 2013 – present
Vice Chair, Kidney Cancer Canada, March – September 2013
Canadian Centre for Policy Alternatives – Nova Scotia, Alternative Budget Working Group, 2010
    – present
Delphi Panel of Experts, National Geographic Traveler, Destination Stewardship
    Survey on Global Destinations, 2009 – 2011
Research Associate, Canadian Centre for Policy Alternatives – Nova Scotia, 2006 - present
Board Member, Family Service Canada, 2001 – 2006
    Chair, 2004 – 2006
    Vice-Chair, 2003 – 2004
    Chair, Governance Committee, 2003 – 2004
    Chair, Social Action Committee, 2002 – 2003
Member, City of St. John's Cruise Ship Committee, 1999 – 2002
Board Member, Planned Parenthood of Newfoundland and Labrador, 1995 – 1997
Board Member, Family Life Bureau, 1991 – 1994
Member, Professional Advisory Committee, Canadian Mental Health Association, St. John's,
    1988 – 1991
Co-Chairperson, Conference Planning Committee, 20th Anniversary Conference, Newfoundland
    Association of Social Workers, 1989 – 1990

Updated January 1, 2014

## ABBREVIATED CURRICULUM VITAE

### Ross A. Klein

---

## PERSONAL SUMMARY:

| | |
|---|---|
| Office Address: | School of Social Work |
| | Memorial University of Newfoundland |
| | St. John's, NL A1C 5S7 |
| | |
| Home Address: | 6 Cormack Street |
| | St. John's, NL A1E 4C9 |
| | |
| Telephone: | 709-747-2177 (home) |
| | 709-864-8147 (office) |
| | |
| Electronic Contacts: | rklein@mun.ca |
| | ross@cruisejunkie.com |
| | http://www.cruisejunkie.com |
| | http://www.cruiseresearch.org |

## POST-SECONDARY EDUCATION

| Degree | University | Year | Specialization |
|---|---|---|---|
| Ph.D. | Syracuse University | 1982 | Sociology |
| M.A. | Syracuse University | 1979 | Sociology |
| M.S.W. | University of Maryland | 1974 | Social work |
| B.S. | Arizona State University | 1972 | Sociology, Social work |

## ACADEMIC APPOINTMENTS

1988 to present  Professor, School of Social Work, Memorial University of Newfoundland, St. John's NL (Tenure granted 1990; Promotion to Professor 2005)

2010 to present  Professor, Tourism Program, Memorial University (Grenfell Campus), Corner Brook, NL

2010 to present  Associate, International Centre for Responsible Tourism, Leeds Metropolitan University, Leeds, England

2009 – present  Associate, Marine Studies Research Unit, Memorial University of Newfoundland, St. John's, NL

1992 – 1993  Associate Chair in Child Protection, School of Social Work, Memorial University of Newfoundland

1990 – 1993     Visiting Associate Professor, School of Social Work, Smith College, Northampton, MA

1986 – 1988     Assistant Professor, Department of Sociology, Anthropology, and Social Work, Skidmore College, Saratoga Springs, NY

1986 – 1988     Mentor, Empire State College, State University of New York, Saratoga Springs, NY

1981 – 1986     Assistant Professor, Department of Sociology, Anthropology, & Social Work, Iowa State University

1977 – 1978     Field Instructor, Wurzweiler School of Social Work, Yeshiva University, New York City, NY


## PROFESSIONAL EXPERIENCE

**Expert Witness (d=deposed)**

October 2012    Lapin (Sara Doe) vs. Royal Caribbean Cruises Limited, (The Eriksen Law Firm)

August 2012     Gregory (Jane Doe) vs. Norwegian Cruise Line Limited, United States District Court - Miami (Brais & Brais) Case #11-22230-CV-Cooke/Turnoff **(d)**

April 2011      Hesse vs. Royal Caribbean Cruises Limited, (Hickey Law Firm)

August 2009     Boney vs Carnival Corporation, United States District Court – Southern District (Lipcon, Margulies & Alsina P.A.) Case #08-22299-CIV-Seitz/O'Sullivan **(d)**

May 2009        Howell vs Carnival Corporation, United States District Court – Southern District (Lipcon, Margulies & Alsina P.A.) #08-23140-CIV-Lenard/Garber

Sept 2008       Bartholomew vs Royal Caribbean Cruises Limited, United States District Court – Southern District (Walker and O'Neill, PA) Case #07-22766 CIV-Jordan/Torres **(d)**

August 2007     Sheila Bruce (S.B.) vs Royal Caribbean Cruises Limited (The Eriksen Law Firm) **(d)**

July 2007       Minogue (O.M.) vs Magical Cruise Company d/b/a/ Disney Cruise Line, Middle District Court – Orlando (The Eriksen Law Firm) Case#6:06 CV 351 ORL-28 KRS

Sept 2006       Pinto et al vs Princess Cruise Lines, United States District Court – Southern District (Crewmembers and Maritime Advocacy Center) Case #05-23087-CIV-Altonaga/Turnoff

Feb 2006        Sanford et al vs Carnival Corporation, 11th Judicial Circuit, Miami-Dade, FL (Hill and Ponton, P.A.) 22-16832 CA 22, 02-16855 CA22 to 02-16860 CA22 **(d)**

| Nov 2002 | Hui Hoopakele Aina vs Hawai'i Departments of Transportation and Land and Natural Resources (Earthjustice) |
|---|---|

**Congressional Testimony**

| July 2013 | US Senate, Committee on Commerce, Science, and Transportation, Hearings on "Cruise Industry Oversight: Recent Incidents Show Need for Stronger Focus on Consumer Protection" |
|---|---|
| March 2012 | US Senate, Committee on Commerce, Science, and Transportation, Hearings on "Oversight of the Cruise Ship Industry: Are Current Regulations Sufficient to Protect Passengers and the Environment?" |
| June 2008 | US Senate, Committee on Commerce, Science, and Transportation, Subcommittee on Surface Transportation and Merchant Marine Infrastructure, Safety and Security, Hearings on "Cruise Ship Safety: Examining Potential Steps for Keeping Americans Safe at Sea" |
| March 2007 | US House of Representatives, Subcommittee on Coast Guard and Maritime Transportation, Committee on Transportation and Infrastructure, Hearings on "Crimes Against Americans on Cruise Ships" |

**Other Expert Testimony**

| Nov 2005 | Hawai'i County Council, invited testimony re: environmental and economic issues |
|---|---|
| March 2003 | San Francisco City and County Board of Supervisors, testimony re: environmental issues on behalf of San Franciscans for a Clean Environment |
| Jan 2003 | San Francisco City and County Board of Supervisors, testimony re: environmental issues on behalf of Bluewater Network |

**PUBLICATIONS AND PROFESSIONAL CONTRIBUTIONS**
**Select Books, Monographs, and Published Reports**

*Getting a Grip on Cruise Ship Pollution*, Washington, DC: Friends of the Earth. 2009.

*Cruising without a Bruising: Cruise Tourism and the Maritimes*, Halifax, NS: Canadian Centre for Policy Alternatives. 2009

*Paradise Lost at Sea: Rethinking Cruise Vacations*, Halifax: Fernwood Publishing. 2008

*Cruise Ship Squeeze: The New Pirates of the Seven Seas*, Gabriola Island, BC: New Society Publishers. 2005

*Playing Off the Ports: BC and the Cruise Tourism Industry*, Vancouver, BC: Canadian Centre for Policy Alternatives. 2005

*The Cruise Industry and Environmental History and Practice: Is A Memorandum of Understanding Effective for Protecting the Environment,"* San Francisco: Bluewater Network and Seattle: Ocean Advocates.  2003

*Charting A Course:  The Cruise Industry, the Government of Canada, and Purposeful Development,* Ottawa: Canadian Centre for Policy Alternatives. 2003

*Cruising - Out of Control: The Environment, Workers, and Atlantic Canada's Ports*, Halifax: Canadian Centre for Policy Alternatives. 2003

*Cruise Ship Blues: The Underside of the Cruise Ship Industry*, Gabriola Island, BC: New Society Publishers. 2002

*Death by Chocolate: What You Must Know Before Taking a Cruise*, St. John's: Breakwater Books.  2001

## Select Chapters in Books

"Envisioning Environmental Policy as Social Policy: The Case of the International Cruise Industry," *Environmental Policy as Social Policy – Social Policy as Environmental Policy: Toward Sustainability Policy,* (ed. I. Wallimann), New York: Springer, pp. 181-196. 2013

"Opportunities for Market Development of Nautical Tourism in Europe," *Nautical Tourism* (ed. T. Lukovic), London: CABI, pp. 201-224. 2013 (R. Klein, K. Božic, R. Dowling,  P. Gibson, Z. Gržetic,  A. Haahti,  S. Horak, T. Lukovic, A. Papathanassis and S. Pekkala)

"Sexual Crimes on Cruise Ships: A Historical Perspective on Security Issues for Passengers and Crew," Tourism and Society:  A Socio-Economic Perspective (ed. A. Pappathanassis), Heidelberg: Springer Verlag, pp. 141-151. 2012

"The Cruise Sector and Its Environmental Impact," *Tourism and the Implications of Climate Change: Issues and Actions,* (ed. C. Schott), Bingley, UK: Emerald, pp. 113-130. 2010

"Cruises and Bruises: Safety, Security and Social Issues on Polar Cruises," *Cruise Tourism in Polar Regions: Promoting Environmental and Social Sustainability* (ed. M. Luck, P.T. Maher, and E. Steward), London: Earthscan Ltd., pp. 57-74. 2010

Multiple Entries (40). *Encyclopedia of Tourism and Recreation in Marine Environments*, Oxfordshire, UK: CAB International. 2008

"Protecting Paradise: Minimizing the Downside of Cruise Tourism," *Proceedings of the 5th International Coastal and Marine Tourism Congress: Balancing Marine Tourism, Development and Sustainability* (ed. M. Luck et al), Auckland: New Zealand Tourism Research Institute, pp. 242-257. 2007

"Troubled Seas: Social Activism and the Cruise Industry," *Cruise Ship Tourism: Issues, Impacts, Cases* (ed. Ross K. Dowling), Oxfordshire, England: CABI Publishing, pp. 377-388.  2006

"Turning Water Into Money: The Economics of the Cruise Industry," *Cruise Ship Tourism: Issues, Impacts, Cases* (ed. Ross K. Dowling), Oxfordshire, England: CABI Publishing, pp. 261-269. 2006

"The Industry's Darkside," *World Regions and Places: A Reader* (6th ed), (ed.) Jeffrey S. Smith, Boston: Pearson Custom Publishing. 2006 (Reprint of 2003 article in *Conscious Choice*)

## Articles

"In the Aftermath of the Costa Concordia Disaster," *Risk & Regulation* 24 (Winter), pp. 4-5, 2012

"Different Streams in Cruise Tourism Research," Special Issue on Cruise Tourism, *Tourism*, 60:1, pp. 7-13, 2012

"Treacherous Waters: The Latest Bad Publicity for the Global Cruise Industry is Just the Tip of the Iceberg," *Foreign Policy*, April 6, 2012 (http://www.foreignpolicy.com/articles/2012/04/05/treacherous_waters); Reprinted as "Stop Rearranging the Deck Chairs: Cruise Industry Needs Big Changes," *Seattle Times*, April 10, 2012 (http://seattletimes.nwsource.com/html/travel/2017948779_webcruiseships11.html); Reprinted as "Industry Cruising for a Bruising," *The Press*, April 12, 2012 (http://www.stuff.co.nz/the-press/opinion/perspective/6728212/Industry-cruising-for-a-bruising)

"Responsible Cruise Tourism: Issues of Cruise Tourism and Sustainability," Special Issue on
Cruise Tourism:  Emerging Issues and Implications for a Maturing Industry, *Journal of
Hospitality and Tourism Management*, 18, 103-112, 2011.

"Sex at Sea: Sexual Crimes on Cruise Ships," *Journal of Tourism in Marine Environments*, 7:2,
67-80, 2011. (Ross A. Klein and Jill Poulston)

 "The Cost of Cruising," *Vancouver Observer*, April 13, 2010
(http://www.vancouverobserver.com/2010/04/13/cost-cruising) (Reprinted in *Island
Tides*, 22:8 (April 29 – May 12) pp. 2, 11; Reprinted in The Tyee, May 21, 2010
(http://thetyee.ca/Opinion/2010/05/21/CostOfCruising/).

"Greening the Cruise Industry," *Journal of Ocean Technology*, 5:1 (March), pp. 7 – 15, 2010.

"Environmental Impacts of Cruise Tourism," *Prows Edge Cruise Magazine and Guide to
Cruising*, July 2009. (http://www.prowsedge.com/views-ross-klein.html)

 "The Politics of Environmental Activism: A Case Study of the Cruise Industry and the
Environmental Movement," *Sociological Research Online*, 12:2 (March), 2007.
(http://www.socresonline.org.uk/12/2/klein.html)

"Attack of the Oversized Playpen," *Briarpatch Magazine* 35:7 (November), pp. 14 – 17, 2006

"Sweatships: The Cruise Industry and the Socialist Agenda" *Socialist Studies Bulletin*, 70
(Spring-Summer), pp. 5 – 18, 2003

"Cruise Ships Blues: A Cruise Junkie Exposes the Industry's Darkside," *The New Times*, July
2003

"Major Cruise Lines Charged, Fined for Pollution – But Not in Canada," *CCPA Monitor*, (June),
28 – 29, 2003

"Cruise Ship Blues: The Darkside of Sailing the Deep," *Whole Life Times*, 25:3 (March), 22 – 25.
2003

"Cruise Ships: The Industry's Dark Side," *Conscious Choice: Journal of Ecology and Natural
Living*, 16:2 (February), 24 – 25, 29. 2003

"High Seas, Low Pay," *Motionsickness: The Other Side of Travel*, Issue #4, 20 – 25. 2003
(Reprint of article in Our Times Magazine, December 2001/January 2002.

"Cruise Ship Blues: A Cruise Junkie Explores the Environmental and Social Costs of Industrial
Tourism," *Shared Vision*, 171 (November), 16-19. 2002

"Left In Its Wake: The Cruise Industry Prefers a Voluntary Approach to Environmental
Responsibility but Performance has been Poor Where Tough Regulatory Controls are not in
Place," *Alternatives Journal*, 28:4 (Fall), 23-27. 2002

"High Seas, Low Pay: Working on Cruise Ships," *Our Times: Canada's Independent Labour
Magazine*, December/January, 29-34.  2001

"Cruising Attitude," *Doctor's Review*, 19:10 (October), 103-106, 209. 2001

"Jumping Ship: A Cruise Junkie Explains Why Doctors Should Think Twice Before Booking the
Week at Sea," *Doctor's Review*, 19:4 (April), 78-81, 197. 2001 (R. Klein and K. Halley)

### Presentations at Professional Meetings and Academic Conferences

Keynote Address: Cruising without a Bruising: The Ups and Downs of Cruise Tourism, Fjord 2.0
Konferansen 2013 (Fjord Norway & NCE Tourism Fjord Norway), Balestrand, Norway,
September 2013

"Breaking Loose from the Ivory Tower: The Challenges for Academic Researchers with an
Activist Agenda," International Critical Tourism Society Conference, Sarajevo, Bosnia, June
2013

"Tensions between Cruise Tourism and Land-based Tourism: The Case of Dubrovnik and Key
West," International Symposium on Cruise Ships in Historic Port Communities, Charleston,
SC, February 2013

"The Cruise Industry's Business Model: Implications for Ports," International Symposium on
Cruise Ships in Historic Port Communities, Charleston, SC, February 2013

"Old Ships in New Bottles: Where Do Cruise Ships Go When They Get Old?" 4th International Cruise Conference, Leeuwarden, Holland, May 2012

"Leaving Ethics at The Door: Environmentalism, Sustainability and Transnationalism," Annual Conference of the Canadian Association for Social Work Education, Fredericton, June 2011.

"Sexual Crimes on Cruise Ships: A Historical Perspective on Security Issues for Passengers and Crew," 3rd International Cruise Conference, Dubrovnik, May 2011

"Keynote Address – Is Cruising Responsible Tourism," Responsible Cruising Conference, International Centre for Responsible Tourism, Leeds Metropolitan University, March 2010

"Keeping the Cruise Tourism Responsible: The Challenge for Ports to Maintain High Self Esteem," Third International Conference on Responsible Tourism in Destinations (Academic Conference), Belmopan, Belize, October 2009

"Protecting Paradise: Minimizing the Downside of Cruise Tourism," 5th Coastal and Marine Tourism Congress, Auckland, 2007

"Promoting Best Practices in Child Protection: Looking After Children," 2007 NLASW Provincial Conference, St. John's, 2007 (K. Kufeldt, C. Kelly, R. Klein, L. McGilligan)

"Paradise Lost at Sea: Cruise Ship Workers as Commodity," Serving the New Economy: Critical Perspectives on Hospitality and Tourism Work – A Centre for Research on Work and Society Workshop, York University, Toronto, 2006

"The Politics of Environmental Activism: A Case Study of the Cruise Industry and the Environmental Movement," British Sociological Association, York, 2004

"Sweatships: The Cruise Industry and the Socialist Agenda," Keynote Address at Annual Program Meeting of Society for Socialist Studies, Halifax, 2003

"Sweatshops at Sea: Unglamourous Work in a Glamourous Environment," Canadian Sociology and Anthropology Association / Society for Socialist Studies, Toronto, 2002

## Selected Professional Workshops and Academic Lectures

"Scholarship and Critical Action," International Critical Tourism Society Conference, Sarajevo, Bosnia, (June 2013) (with Lynn Minneart)

"Charting a Course: The Future of Cruise Tourism in Key West," Invited Keynote Lecture, Last Stand, Key West, Florida (February 2013)

"Cruising Cash Cows: Perceptions and Misperceptions," Forum Advocating Cultural and Eco-Tourism, Fremantle, Australia (August 2012)

"Cruising Cash Cows: Perceptions and Misperceptions," South West Development Corporation and Bunbury Chamber of Commerce," Bunbury, Australia (August 2012)

"Cruising Cash Cows: Perceptions and Misperceptions," University of Otago, Dunedin, NZ (August 2012)

"Cruising Cash Cows: Perceptions and Misperceptions," AUT University, Auckland, NZ (August 2012)

"The Business of Cruise Tourism," AUT University, Auckland, NZ (August 2012)

"Accommodation Management: The Role of the Purser's Office," AUT University, Auckland, NZ (August 2012)

"Consumer Satisfaction," University of Newcastle, Newcastle, Australia (August 2012)

"Sex at Sea: Sexual Crimes on Cruise Ships," University of Newcastle, Newcastle, Australia (August 2012)

"Examination of Witnesses," University of Newcastle, Newcastle, Australia (August 2012)

"Cruise Lines and Repeating "Titanic" Mistakes," World's Largest Metaphor Sinks Iceberg: A Roundtable Commemorating the Titanic, Maritime Studies Research Unit and the Department of History, Memorial University of Newfoundland, St. John's, NL (April 2012)

"Sex at Sea: Sexual Crimes on Cruise Ships," NAPE Women's Conference, St. John's, NL (February 2012)

"Sex at Sea: Sexual Crimes on Cruise Ships," Department of Women's Studies Speakers' Series, Memorial University, St. John's, NL (February 2012)

"Protecting Paradise: Minimizing the Downside of Cruise Tourism," Hochschule Bremerhaven, Bremerhaven, Germany (October 2011)

"Cruises Bruises:  Social Issues Related to Cruise Tourism," Hochschule Bremerhaven, Bremerhaven, Germany (October 2011)

"Externalities of Growth of Cruise Tourism," Stenden University, Leeuwarden, Holland (October 2011)

"Critical Approaches to Cruise Research," Hochschule Bremerhaven, Bremerhaven, Germany (October 2011)

"Cruise Industry: Management Challenges Ahead," Institute for Tourism, Zagreb, Croatia (May 2011)

"Workshop on Cruise Tourism," Institute for Tourism, Zagreb, Croatia (May 2011)

"Cruise Tourism is a Business: Issues for Charleston and South Carolina," Cruise Industry Community Forum, Coastal Conservation League, Charleston, SC (March 2010)

"How Responsible is Cruise Tourism," Seminar with Industry Leaders sponsored by Association of British Travel Agents (ABTA), London, England (March 2010)

"How Responsible is Cruise Tourism," International Centre for Responsible Tourism, London, England (March 2010)

"Global Impacts Of Cruise Tourism & Sustainability," Third International Conference on Responsible Tourism in Destinations, Belmopan, Belize (October 2009)

"Sweatships: Historical and Contemporary Reflections on the Crews of Passenger and Cruise Vessels," Marine Studies Research Forum, Memorial University of Newfoundland (September 2009)

"Keeping Cruise Tourism Responsible" Coastal Tourism/Development Panel, International Centre for Responsible Tourism – Belize, San Ignacio, Belize (May 2009)

"Building Cruise Ship Tourism in Newfoundland and Labrador: Issues and Challenges," The Leslie Harris Centre of Regional Policy and Development, St. John's (April 2009)

"Building Cruise Ship Tourism: Issues and Challenges," Council of Haida Nation, Skidegate (January 2009)

"Making Cruise Ship Tourism Sustainable," Gaaysiigang – An Ocean Forum for Haida Gwaii, Skidegate (January 2009)

"Paradise Lost at Sea," Mount Saint Vincent University Tourism Program, Halifax (November 2008)

"Cruising without a Bruising," Sir Wilfred Grenfell College Tourism Program, Corner Brook (October 2008)

 "Troubled Seas: Social Activism and the Cruise Industry," University of Northern British Columbia, Department of Recreation and Tourism, Prince George (February 2007)

"Troubled Seas: Social Activism and the Cruise Industry," University of Victoria Department of Sociology, Victoria (February 2007)

"Rethinking the Benefits of Cruise Tourism," Vancouver Island Public Interest Research Group and James Bay Neighbourhood Environment Association, Victoria (February 2007)

"Turning Water Into Money: The Economics of Cruise Tourism," New Zealand Tourism Research Institute, Auckland (August 2006)

Keynote Address (Environmental and Economic Issues and the Cruise Industry), Ships vs Spit Business Breakfast, Save Our Spit, Gold Coast, Australia (August 2006)

Keynote Lecture, Cruise Ship Tourism Forum, University of Prince Edward Island (co-sponsored by Institute on Island Studies and Dean of Arts), Charlottetown (July 2006)

"Troubled Seas: The Cruise Industry and Social Activism," Kea'au Community Center (co-sponsored by Sierra Club and KAHEA: The Hawaiian Environmental Alliance), Hilo (November 2005)

"Protecting Paradise: Hawai'i and NCL America," University of Hawai'i (co-sponsored by University of Hawai'i and KAHEA: The Hawaiian Environmental Alliance), Honolulu (November 2005)

"Environmental Regulation of the Cruise Industry: Legal Issues and Challenges," University of Hawai'i Richardson School of Law (Environmental Law Program), Honolulu (November 2005)

"Turning Water Into Money: The Economics of the Cruise Industry," Mount Saint Vincent University (Department of Business and Tourism), Halifax, NS (October 2005)

"The Art of Greenwashing: The Cruise Industry and the Environment," Brock University (Department of Recreation and Leisure Studies), St. Catharines, ON (May 2005)

"Renewable Energy: Save Money, Save the World," Caribbean Media Exchange on Sustainable Tourism VI – Exploring Tourism: Widening the Boundaries of Caribbean Sustainability (Panel Participant), Saint Lucia (June 2004)

"Weighing Anchor: Maximizing Benefits, Minimizing Risks of the Cruise Ship Industry in Atlantic Canada," Maritime Museum of the Atlantic (sponsored by Canadian Centre for Policy Alternatives, Ecology Action Centre, and Maritime Museum of the Atlantic), Halifax (June 2004)

"Charting A Course:  An International Congress for Coral Reef Protection from Ship-based Tourism" (Panel Participant), White Water to Blue Water Partnership Conference (sponsored by UN, US State Department, CARICOM, Government of Canada, et al), Miami (March 2004)

"Cruising Out of Control," Nancy Foster Environmental Centre -- NOAA (sponsored by Last Stand and Livable Oldtown), Key West, FL (January 2004)

"Corporate Responsibility of The Cruise Sector – An Environmental, Economic And Labour Analysis," Caribbean Media Exchange on Sustainable Tourism V -- Tourism and The Media: The Next Generation, Bridgetown, Barbados, (Panel Participant) (December 2003)

 "Charting A Course:  The Cruise Industry, Government of Canada, and Purposeful Development," Maritime Studies Research Unit, St. John's, NL, (October 2003)

"Cruise Out of Control," Maui Community College, Kahului, Maui (co-sponsored by KAHEA, Maui Today, Sierra Club Maui, and University of Hawaii Sea Grant), (October 2003)

"Cruise Out of Control," Kealakehe High School Cafeteria, Kailua-Kona (co-sponsored by KAHEA and University of Hawaii Sea Grant), (October 2003)

"Cruise Out of Control," Komohana Ag Complex, Hilo (co-sponsored by KAHEA, Sierra Club Moku Loa), (October 2003)

"Cruise Out of Control," McCoy Pavilion, Honolulu (co-sponsored by KAHEA, Sierra Club O`ahu, Environmental Defense Fund Hawaii), (October 2003)

"Charting a Course: The Cruise Industry, The Government of Canada, and Coastal British Columbia,: University of Northern British Columbia, Prince George (co-sponsored by Economics, Geography, Resource Recreation and Tourism, International Studies, and Social Work), (September 2003)

"By Land, By Sea, or Both?" Caribbean Hotel Industry Conference (Caribbean Hotel Association Annual Meeting), Punta Cana, Dominican Republic. (Panel Participant) (June 2003)

"The Caribbean Cruise Sector: Friend or Foe?" Caribbean Media Exchange on Sustainable Tourism IV: Maximizing the Economic Impact of Tourism, Montego Bay, Jamaica. (May 2003)

"Cruise Ship Blues: The Underside of the Cruise Industry," The Commonwealth Club (co-sponsored by Bluewater Network), San Francisco, CA.   (January 2003)

"Sweatships: The Cruise Industry, Its Workers, the Environment, and the Developing World," University of Toronto, School of Social Work, Toronto, ON.  (January 2003)

"The Cruise Industry and the Environment," Department of the Environment, City and County of San Francisco, San Francisco, CA.  (January 2003)

"Is the Cruise Industry Environmentally Sustainable?:  Industry Practices, International Regulation, and the Developing World,"

- University of Saskatchewan, Department of Sociology, Saskatoon, SK (October 2002)
- Dalhousie University, Department of International Development Studies and Lester Pearson International, Halifax, NS (October 2002)
- University of Alaska, Environmental Studies Program, Anchorage, AK (October 2002)
- Memorial University of Newfoundland, Department of Sociology (November 2002); School of Social Work (November 2002)
- University of Victoria, Co-sponsored: School of Social Work and Vancouver Island Public Interest Research Group, Victoria, BC (November 2002)
- Monterey Institute for International Studies, Co-Sponsored: Ocean Conservancy, Save Our Shores, Friends of the Sea Otter, Monterey, CA (January 2003)
- Juneau City Council Chambers, Downtown Neighborhood Association, Juneau, AK (January 2003)

"Cruisin' without a Bruisin': Avoiding Problems of a Cruise Vacation," Memorial University of Newfoundland, St. John's, NF, 2002.

"Images versus Realities of the Cruise Industry: Ethical, Moral and Professional Issues for Social Work," University of South Florida (Tampa, FL) and University of Manitoba (Winnipeg, MB), 2002

"How Green Is Green?: The Cruise Industry and the Environment," Marine Institute, St. John's, NF. 2001

"Death by Chocolate: An Inside Look at the Cruise Industry," Maxwell School of Public Policy, Syracuse University, Syracuse, NY. 2000

**EXPERT REPORT 0F**
**ROSS A. KLEIN**

1.    My name is Ross A. Klein.  I am a Professor of Social Work at Memorial University of Newfoundland.  An abbreviated CV focusing on my work on the cruise industry is attached as Exhibit A.  My full academic CV is attached as Exhibit B.

2.    I have been retained by counsel for the Plaintiff to serve as an expert on the cruise industry and specifically to offer expert opinion analyzing crimes reported by Carnival Cruise Lines to the Federal Bureau of Investigation (FBI) in 2011. The data was secured by International Cruise Victims Association through a Freedom of Information request. It consists of 170 crimes committed and reported to the FBI by Carnival Cruise Lines' cruise ships between January 1, 2011 and December 31, 2013. I also use in this report crime data reported by Carnival Cruise Lines to the FBI from October 1 2007 through September 30, 2008 (a set of data secured through a different Freedom of Information request by International Cruise Victims Association).

3.    I received a B.S. in Sociology and Social Work in 1972 from Arizona State University, an M.S.W. in Social Work in 1974 from University of Maryland, and a M.A. and Ph.D. in Sociology in 1979 and 1982 respectively from Syracuse University. In addition to my present position, I have held faculty appointments at Iowa State University, Skidmore College, and Smith College. Since 1998, I have had as my primary area of research and publication the international cruise industry and cruise tourism. I have published four books, have been commissioned to write six reports/monographs for nongovernmental organizations, have published more than two dozen book chapters and articles, and have served as an expert witness in a number of legal actions (see Exhibit A), appeared as a witness four times before the U.S. House of Representatives and U.S. Senate (see Exhibit

A), and before several other government bodies. I founded in 2002, and continue to maintain, the website Cruise Junkie dot Com.

4.   I have been given a brief description of nature of this case, however it is not relevant to my opinion. My opinion is based on my experience and expertise as a researcher and scholar in sociology and social work; my research of the cruise ship industry; and my analysis of crime data for Carnival Cruise Lines for 2007 and 2011. I opine the following:

- That Carnival Cruise Lines was aware of the likelihood of sexual assaults and other sex related incidents on its ships, and the relative likelihood as compared to land-based incidents;

- That Carnival Cruise Lines was aware that passengers under the age of 18 have a likelihood to be a victim of a sexual assault or other sex related incidents;

- That Carnival Cruise Lines was aware of an apparent increase in the number of incidents involving one of its youth programs, and an increased number of incidents involving a minor perpetrator and minor victim;

- That parents are given an elevated sense of safety by the promotional material for Carnival Cruise Lines' youth programs, and by publication of crime statistics on its website.

- That Carnival Cruise Lines should be more pro-active in preventing sexual assaults and other crimes against minors (and adult women) by exercising better supervision in its youth programs, and by advising passengers of the risk of sexual assaults or sex-related incidents and encouraging them to take precautions as they would at home.

5. *That Carnival Cruise Lines was aware of the likelihood of sexual assaults and other sex related incidents on its ships, and the relative likelihood as compared to land-based incidents*
It is my expert opinion that the cruise industry as a whole, and Carnival Cruise Lines (CCL) in particular, has an appreciation of the problem of sexual assault on cruise ships, including sexual assaults on CCL ships. This was acknowledged as early as July 1999 when Carnival Cruise Lines was one of four cruise lines signing a letter in July 1999, under the auspices of the International Council of Cruise Lines following considerable media attention to the

problem of sexual assaults on cruise ships, that pledged a policy of zero tolerance of crime and a commitment to report all crimes involving U.S. citizens to the FBI. Carnival Cruise Lines had recently reported receiving 108 reports of sexual assault in the five years ending August 1998.[1]

Given the ongoing attention by the media and by the US Congress to sexual assaults on cruise ships, the cruise industry of which CCL is a part was aware or at least should have known of the seriousness of the problem. In addition to civil litigation, there were five Congressional hearings between 2005 and 2007 with four giving specific attention to the problem of sexual assaults (i.e., March 2006, March 2007, September 2007, June 2008). The cruise industry (both individual cruise lines and the International Council of Cruise Lines/Cruise Lines International Association (of which CCL is a member)) testified at each set of hearings. These hearings gave rise to HR 652 (September 2007), with 34 cosponsors, "expressing the sense of Congress regarding the importance of protecting American cruise ship passengers against crimes on the high seas and ensuring that the perpetrators of such crimes are brought to justice;" and the Cruise Vessel Security and Safety Act of 2008 (introduced June 26, 2008), the Cruise Vessel Security and Safety Act of 2009 (introduced March 12, 2009) and the Cruise Vessel Security and Safety Act of 2010 (CVSSA) which became Public Law No: 111-207 on July 27,2010. As stated in Section 2 of the Act:

> (3) Passengers on cruise vessels have an inadequate appreciation of their
> potential vulnerability to crime while on ocean voyages, and those who may
> be victimized lack the information they need to understand their legal rights

---

[1] See Frantz, Douglas. 1999. "Cruise Line Says it Underreported Allegations of Sexual Assault," *New York Times*, July 29.
[2] Klein, Ross A. and Jill Poulston. 2011. "Sex at Sea: Sexual Crimes Aboard Cruise Ships," *Journal of Tourism in Marine Environments,* 7 (2), pp. 67-80.

or to know whom to contact for help in the immediate aftermath of the crime.

Since passage of the CVSSA there have been three hearings in Congress: one in the House of Representatives and two in the U.S. Senate. These, too, have included discussion of sexual assault on cruise ships. In 2007 on CCL there were 93 sex-related incidents; in 2011 there were 80 or 84 sex-related incidents (see Table 5 – Appendix A). As seen in Table 5, there was an increase in the number of cases of sexual assault between the two time periods, but a decrease in cases of sexual contact. There was a significant increase between 2007 and 2011 in the number (3 to 19) and percentage (7.5% to 38.8%) of sexual assaults and rapes involving minors (see Table 6 – Appendix A).

A separate issue is whether sexual crimes on cruise ships are more common than on land. This is a difficult question to answer. First, there is no rate for sexual assault in the U.S. Uniform Crime Statistics so there is nothing to which crimes on cruise ships can be compared. Second, there is debate about what qualifies as "rape" versus "sexual assault" versus "sexual contact." CCL has a propensity for labeling incidents "Other: Sexual Contact – Groping" – 60 incidents in 2011. This category does not have to be publicly reported per the CVSSA. In my judgment, and based on the limited information available, a fair number of these "groping" incidents are better labeled "sexual assault."

Canada fortunately has uniform crime statistics for sexual assault (sexual assault plus sexual contact) so it is possible to compare the rate of crime on cruise ships to land. Based on this analysis, the rate of sex related incidents on CCL cruise ships in 2007 was approximately

50% higher than the rate of sexual assault/sexual contact in Canada.[2] The rate in 2011 is slightly lower but the difference is not appreciable.

6. *That Carnival Cruise Lines was aware that passengers under the age of 18 have a likelihood to be a victim of a sexual assault or other sex related incidents.*

That a minor passenger is a victim of sexual assault on a Carnival Cruise Lines ship is not new. The first successful prosecution of a crew member for a sexual assault on a cruise ship occurred in 1989 on CCL's *Carnivale*. The case involved a 14 year old girl who was molested by a 32 year old cleaner.[3] There have been many cases since.

It is difficult to secure reliable statistics for incidents involving minors of cruise ships generally and on Carnival Cruise Lines' ships specifically. Generally speaking, data presented by the U.S. Senate Committee on Commerce, Science and Transportation reveals that 34% of sexual assaults on cruise ships are against minors.[4] Data specific to CCL is hindered by availability – 2007 and 2011 are the only two years for which data is available. Where data is available, it is difficult to reliably determine a victim's and/or perpetrator's age (in most cases it is redacted) and thus a possibility that the number of minor victims is understated.

CCL has known of sex-related incidents involving minors. As seen in Table 6 (Appendix A), there were 11 minors who were victims of a sex related incident in 2007. By 2011 there were 21 (a 90% increase) sex related incidents involving minors; 38.8% of sexual assaults and rapes onboard CCL ships were against minors.

---

[2] Klein, Ross A. and Jill Poulston. 2011. "Sex at Sea: Sexual Crimes Aboard Cruise Ships," *Journal of Tourism in Marine Environments*, 7 (2), pp. 67-80.

[3] Adams, Margaret. 1990. "Rape Case Threatens Cruise Industry Image: Girl, 14, Says Crewman Assaulted Her," *Miami Herald-Broward Edition* (February 1), p. A1.

[4] See Cruise Ship Crime: Consumers Have Incomplete Access to Cruise Crime Data, Staff Report prepared for Senator John D. Rockefeller, Chairman, Senate Committee on Commerce, Science, and Transportation, July 26, 2013. The figure of 34% was based on data in 2012.

7. *That Carnival Cruise Lines was aware of an apparent increase in the number of incidents involving one of its youth programs, and an increased number of incidents involving a minor perpetrator and minor victim.*

The 2011 data includes a surprising number of cases either linked to one of CCL's youth programs and/or involved two minors. There were seven cases in the 2011 FBI data involving a connection to one of the CCL youth programs (Camp Carnival, Circle C, Club 02) – one-third of all reported incidents involving minors. In addition, six more cases involve two minors. With this number, and the number of cases that proceed to civil litigation, it is difficult to imagine that the cruise line was not aware of the increasing number of cases implicating its youth programs and/or involving two minor passengers.

8. *That parents are given an elevated sense of safety by the promotional material for Carnival Cruise Lines' youth programs, and by publication of crime statistics on its website.*

Despite the fact that sexual assaults on cruise ships are an admitted problem, the cruise industry promotes cruises as a safe vacation. In April 2011, the International Council of Cruise Lines/Cruise Lines International Association continued to have on its website a statement that "... the U.S. Coast Guard conducted a comprehensive safety study that concluded the cruise industry is the safest mode of commercial transportation and that international safety initiatives being undertaken should further improve its safety record." This same statement was presented to Congress at hearings and has been made to the media in response to those who have been critical of onboard safety. However, the industry's claim is disingenuous. The research to which they refer did not include cruise ship crime, and

wholly excluded sexual assaults. Instead, the research focused exclusively on fatalities, injuries, and accidents (slips and falls), comparing cruise ships with U.S. Air Carriers and Motor Vehicles. Rather than acknowledge that sexual assaults are a serious risk on cruise ships, the cruise industry assures prospective passengers that a cruise is a safe vacation and they needn't be concerned. Passengers are clearly not given an appreciation for their risk of sexual assault.

This posturing of cruise ships as safe suggests to passengers that they are not only virtually safe, but that they are certainly safer onboard a cruise ship than on land. The fact that passengers assume they are safe makes a cruise ship unique — they go on board assured that the risks on the ship are considerably less than the risks at home or anywhere else (in fact, in 2006 the cruise industry testified before the U.S. House of Representatives that one is half as likely to be sexually assaulted on a cruise ship than on land). The industry's misleading statements make it difficult to meaningfully compare the incidence of crime onboard cruise ships with rates onshore; people have realistic expectations about personal safety when they are in their home community, but may have unrealistic expectations onboard a cruise ship.

There are three relevant points here. First and foremost is the assurance given to parents by the advertising for its three youth programs: Camp Carnival (2-11), Circle C (12-14) and Club 02 (15-17). It assures them that camp counselors are keeping an eye on children left in their care and that "camp counselors balance being both a friend and the 'responsible' one." There is an implicit assurance that one's child is safe, a statement that may not be entirely accurate given reports of sex-related incidents involving minors.

A second way in which cruise passengers (and prospective cruise passengers) are misled about the incidence of crime is the data presented by the U.S. Coast Guard by virtue of the Cruise Vessel Security and Safety Act of 2010 (CVSSA). When the CVSSA was originally introduced it required all crimes reported to the FBI to be posted on a US Coast Guard website that could be accessed directly or from a cruise line's webpage. Instead, with a last minute change in the Act, the website only reports cases on which the FBI has opened an investigation and subsequently closed the investigation. Consequently, as reported by the U.S. Senate Commerce Committee, there were 959 crimes reported to the FBI in 2011 and 2012, but only 31 (3.2%) were reported online. Counting only crimes that were required to be reported to the FBI by the CVSSA, there were 68 crimes reported to the FBI in 2011, but only 16 reported online; in 2012 there were 62 crimes reported to the FBI but only 15 were reported online.[5] Incidents of sexual contact, theft less than $10,000, and physical assault are not required to be publicly reported by a cruise line. As a result, information available to a passenger is limited and it tends to downplay the likelihood of a sexual assault or other crime.

Under pressure because of its under-reporting of crime online, the cruise industry (with Gerald Cahill, CCL President present) announced July 27, 2013, before the U.S. Senate Committee on Commerce, Science, and Transportation, that it would display online all crimes on their ships that must be reported under the CVSSA. Carnival Corporation chose to combine crime statistics for its four North American cruise lines: Carnival Cruise Lines, Holland America Line, Princess Cruises, and Seaborn Cruise Line; CCL comprises 46.7% of the total passenger capacity for those four cruise lines in 2011. Consequently, the rate of crime for CCL

---

[5]  See Cruise Ship Crime: Consumers Have Incomplete Access to Cruise Crime Data, Staff Report prepared for Senator John D. Rockefeller, Chairman, Senate Committee on Commerce, Science, and Transportation, July 26, 2013. The figure of 34% was based on data in 2012.

is made to appear lower because of a relatively lower rate of crime on the other three cruise

lines. Still, there appears to be underreporting:

- CCL reports 11 "Sexual Assault" to the FBI in 2011 however its online report for the same dates says 8 for the four cruise lines combined.

- CCL reports to the FBI one person overboard from a CCL ship in 2011; two persons from all four cruise lines combined. Cruise Junkie dot Com, based on media reports identified in 2011 three persons overboard from CCL, two from Princess, and two from Holland American Line for a total of 7.

Consumers have a challenge locating reliable information about the incidence and the risk

onboard cruise ships of sexual assaults and other sex-related incidents. Reliable information is

not available on cruise line websites and is not made available by the cruise line to parents

taking their children onboard a cruise ship.


9. *That Carnival Cruise Lines should be more pro-active in preventing sexual assaults and other*

*crimes against minors (and adult women) by exercising better supervision in its youth programs,*

*and by advising passengers of the risk of sexual assaults or sex-related incidents and*

*encouraging them to take precautions as they would at home.*

With the long history of sexual assaults on CCL ships, it is a wonder why the cruise line is not

more proactive in addressing the problem. The most obvious and simplest method is to

communicate to passengers, and the parents of children, about onboard risks and strategies for

maintaining personal safety. This information could be contained in pre-cruise material and/or

included in the passenger cabin along with information about what to do if one is victim of a

crime.

There also appears to be need for better defined parameters around the youth programs.

In view of the number and types of incidents, there may be issues around the nature of

supervision and the training and qualifications of those working in the youth programs, or with

the nature of the program offered. These internal evaluations were presumably underway at the

time and completed by now.


10.    In exchange for my services as an expert, I am compensated at a rate of $300 per

hour.


Ross A Klein

Digitally signed by Ross A Klein
DN: cn=Ross A Klein, o=Memorial
University, ou=School of Social
Work, email=rklein@mun.ca, c=CA
Date: 2014.01.01 10:53:50 -03'30'

_____          _____
Date                                              Ross A. Klein, PhD

APPENDIX A

**TABLE 1: Carnival Cruise Lines Crime Data, 2011\***

| Crime Label by CCL[1] | 1st Quarter | 2nd Quarter | 3rd Quarter | 4th Quarter | Total |
|---|---|---|---|---|---|
| Assault | | 3 | | 2 | 2 |
| Death-Accident | 1 | | | | 1 |
| Death-Suspicious | | | | 1 | 1 |
| Death-Other | 1 | 1 | | 1 | 3 |
| Miscellaneous | 4 | | | | 4 |
| Missing Person found | | | | 1 | 1 |
| Other: Assault | 1 | | | | 1 |
| Other: Groping | 2 | 4 | | | 6 |
| Other: Physical Altercation | 1 | 1 | 1 | | 3 |
| Other: Recovered Property | | | 3 | 1 | 4 |
| Other: Sexual Contact – Groping | 14 | 10 | 17 | 14 | 54 |
| Other: Sexual Incident | 1 | | 1 | | 2 |
| Overboard | 1 | | | | 1 |
| Sexual Assault | 4 | 2 | 2 | | 8 |
| Sexual Assault – Other | | 2 | | | 2 |
| Sexual Assault – Rape | 1 | 2 | 1 | 5 | 9 |
| Sexual Assault – unfounded | 1 | | | | 1 |
| Sexual Incident | 1 | | | | 1 |
| Sexual Incident/ Contact-Grope | 1 | | | | 1 |
| Suicide | | | 1 | | 1 |
| Theft over $1000 | 15 | 21 | 15 | 6 | 57 |
| Theft over $10K | 1 | 2 | | | 3 |
| Total | 50 | 48 | 41 | 31 | 170 |

**TABLE 2: Comparison on Data for CCL vs CORP**

| Crime Label by Klein[2] | 1st Quarter | | 2nd Quarter | | 3rd Quarter | | 4th Quarter | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|
| | CCL | CORP | CCL | CORP | CCL | CORP | CCL | CORP | CCL | CORP |
| Assault | 3 | | 3 | | 1 | | 2 | | 9 | |
| Assault w/SBI | 2 | 3 | 1 | 3 | | 4 | | 3 | 3 | 18 |
| Death | 2 | | 1 | | 1 | | 1 | | 5 | |
| Death Suspicious | | | 1 | | | | 1 | 1 | 1 | 2 |
| Missing Person found | | | | | | | 1 | | 1 | |
| Overboard | 1 | | | 2 | | | | | 1 | 2 |
| Sexual Assault - Rape | 2 | 6 | 5 | 2 | 1 | 4 | 2 | 5 | 10 | 17 |
| Sexual Assault | 16 | 2 | 9 | 3 | 11 | 3 | 3 | 0 | 39 | 8 |
| Sexual Contact | 5 | | 6 | | 9 | | 13 | | 33 | |
| Sexual Harass | 1 | | | | | | 1 | | 2 | |
| Theft | 17 | | 21 | | 18 | | 7 | | 63 | |
| Theft over $10K | 1 | 3 | 2 | 0 | 0 | 0 | 0 | 2 | 3 | 5 |
| Total | 50 | 10 | 48 | 12 | 41 | 10 | 31 | 6 | 170 | 52 |

\*CCL Crime data provided to International Cruise Victims Association through Freedom of Information Request
Data for **Corp** is taken from the website of Carnival Cruise Lines

**Corp** = Carnival Cruise Lines, Holland America Line, Princess Cruises, and Seabourn Cruise Line

© Ross A. Klein, PhD, ross@cruisejunkie.com (1/1/14)

**SEE NEXT PAGE FOR NOTES - >**

**NOTES for TABLE 1 and TABLE 2:**

[1] Categories correspond as closely as possible to the label assigned by Carnival Cruise Lines (CCL).

[2] Categories are based on an analysis of the documents provided by CCL. The main discrepancy between these crime labels and those assigned by CCL is in the category "sexual assault." This data includes under "sexual assault" all incidents involving unwanted sexual touching of a minor, cases labeled as "groping" by CCL that involved more than simply unwanted sexual touching (i.e., sexual contact), and those incidents already labeled as "sexual assault" by CCL.

**TABLE 3: Sex-Related Incidents by Age and Presence of Alcohol on CCL, 2011**

| Incident[1] | N | Number incidents involving Minors | % incidents involving Minors | Number incidents involving alcohol | % incidents involving alcohol |
|---|---|---|---|---|---|
| Sexual Assault - Rape | 10 | 7 | 70.0% | 5 | 50.0% |
| Sexual Assault | 39 | 12 | 30.8% | 15 | 38.5% |
| Sexual Contact | 33 | 2 | 6.1% | 11 | 33.3% |
| Sexual Harassment | 2 | 0 | 0 | 0 | 0 |
| Total | 84 | 21 | 25% | 31 | 36.9% |

**SOURCE:** Analysis of Carnival Cruise Lines data provided to International Cruise Victims Association through Freedom of Information Request to the Federal Bureau of Investigation (FBI)

[1] Categories are based on an analysis of the documents provided by CCL. The main discrepancy between these crime labels and those assigned by CCL is in the category "sexual assault." This data includes under "sexual assault" all incidents involving unwanted sexual touching of a minor, cases labeled as "groping" by CCL that involved more than simply unwanted sexual touching (i.e., sexual contact), and those incidents already labeled as "sexual assault" by CCL.

**Table 4: Victims and Perpetrators on CCL, 2011**

| Incident[1] | N | % Female Victim | % Male Perpetrator | Pax Victim/ Pax Accused | Pax Victim/ Crew Accused | Crew Victim/ Pax Accused | Crew Victim/ Crew Accused |
|---|---|---|---|---|---|---|---|
| Sexual Assault - Rape | 10 | 100% | 100% | 8 (88.8%) | 1 (11.2%) | - | - |
| Sexual Assault | 39 | 95.8% | 97.5% | 24 (60%) | 9 (22.5%) | 5 (12.5%) | 2 (5%) |
| Sexual Contact | 33 | 81.8% | 93.9% | 9 (27.3%) | 8 (24.2% | 7 (21.2%) | 9 (27.3%) |
| Sexual Harassment | 2 | 100% | 100% | - | - | 1 (50%) | 1 (50%) |
| Total | 84 | 89.3% | 90.9% | 41 (48.8%) | 19 (26.2%) | 13 (15.5%) | 12 (14.3%) |

**SOURCE:** Analysis of Carnival Cruise Lines data provided to International Cruise Victims Association through Freedom of Information Request to the Federal Bureau of Investigation (FBI)

[1] Categories are based on an analysis of the documents provided by CCL. The main discrepancy between these crime labels and those assigned by CCL is in the category "sexual assault." This data includes under "sexual assault" all incidents involving unwanted sexual touching of a minor, cases labeled as "groping" by CCL that involved more than simply unwanted sexual touching (i.e., sexual contact), and those incidents already labeled as "sexual assault" by CCL.

© Ross A. Klein, PhD, ross@cruisejunkie.com (1/1/14)

**Table 5: Comparison of Reported Sex-Related Incidents on CCL by Source, 2007 & 2011**

|  | CCL 2011[1] | Klein Recode of CCL 2011[2] | CCL Website 2011[3] | CCL 2007[4] |
|---|---|---|---|---|
| Sexual assault - Rape | 9 | 10 | 17 | 40[5] |
| Sexual assault | 11 | 39 | 8 | |
| Sexual contact (Groping) | 60 | 33 | - | 48 |
| Sexual Harassment | | 2 | - | 5 |
| Sex-related incidents **Total** | 80 | 84 | 25 | 93 |

[1] See TABLE 1: Carnival Cruise Lines Crime Data, 2011
[2] See TABLE 2: Comparison on Data for CCL vs CORP, column for CCL
[3] See TABLE 2: Comparison on Data for CCL vs CORP, column for CORP (Note that "CORP" includes Carnival Cruise Lines, Holland America Line, Princess Cruises and Seabourn Cruise Line. Carnival Cruise Lines accounts for 46.7% of the total passenger capacity for those four cruise lines in 2011.
[4] See "Analysis of Crime Reports Received by the FBI from Cruise Ships, October 1, 2007 – September 30, 2008," Appendix B of Testimony of Ross A. Klein, PhD before the Senate Committee on Commerce, Science, and Transportation Hearings on "Oversight of the Cruise Industry," March 1, 2012.< http://www.cruisejunkie.com/crimedat.pdf>
[5] Data for 2007 does not separate "Sexual assault-Rape" from "Sexual assault"


**Table 6: Comparison of Incidents involving Minors on CCL, 2011 vs 2007**

| Incident[1] | Incidents involving Minors - 2007[1] | | | Incidents involving Minors – 2011[2] | | |
|---|---|---|---|---|---|---|
| | N | N Minors | % Minors | N | N Minors | % Minors |
| Sexual Assault & Rape | 40 | 3 | 7.5% | 49 | 19 | 38.8%[3] |
| Sexual Contact | 48 | 6 | 12.5% | 33 | 2 | 6.1% |
| Sexual Harassment | 5 | 2 | 40.0% | 2 | 0 | 0% |
| Total | 93 | 11 | 11.8% | 84 | 21 | 25.0% |

[1] See "Analysis of Crime Reports Received by the FBI from Cruise Ships, October 1, 2007 – September 30, 2008," Appendix B of Testimony of Ross A. Klein, PhD before the Senate Committee on Commerce, Science, and Transportation Hearings on "Oversight of the Cruise Industry," March 1, 2012. <http://www.cruisejunkie.com/crimedat.pdf>
[2] See TABLE 3: Sex-Related Incidents by Age and Presence of Alcohol
[3] The 2011 data distinguishes between "Sexual Assault-Rape" and "Sexual Assault." Minors comprise 70% of all reports of "Sexual Assault-Rape"; 30.8% of all reports of "Sexual Assault"

© Ross A. Klein, PhD, ross@cruisejunkie.com (1/1/14)