# EXHIBIT 3

# CURRICULUM VITAE

## *GENERAL PERSONAL INFORMATION*

**NAME**:   Jorge Alfredo Herrera-Pino

**ADDRESS**:   100 Miracle Mile (Suite 330), Coral Gables, FL  33134

**TELEPHONE**:  (305) 445-3222  **E-MAIL:**  jherreramdphd@gmail.com
                                             j.herrera@neurobehavioralmiami.com

**CITIZENSHIP**: U.S.A.

**LANGUAGES**:   Fluent English, Spanish, and French

## *EDUCATION*

**Bachelor of Arts (B.A.)** (1968) *Psychology*. University of Miami, Coral Gables, FL.

**Master of Education (M.Ed.)** (1971) *Educational Psychology*. University of Miami, Coral Gables, FL. (Internship at the Mailman Child Development Center).

**Specialist in Arts (Sp.A.)** (1974) *School Psychology*. Eastern Michigan University, Ypsilanti, MI. (Internship at the LASED Developmental Disabilities Family Service Center, State of Michigan Department of Public Health).

**Doctor of Philosophy (Ph.D.)** (1979) *Educational and Clinical Neuropsychology*. Wayne State University, Detroit, MI. (Internship at the Wayne State University School of Medicine and at the Lafayette Clinic, State of Michigan Department of Mental Health).

**Post-doctoral Fellowship** (1982-1984) in *Pediatric and Clinical Neuropsychology* through the Division of Medical Psychology, Department of Medical Specialties, Universidad de Alcalá, Madrid, Spain.

**Doctor of Medicine (M.D.)** (1997) *Department of Medical Specialties*. Universidad de Alcalá, Madrid, Spain.

## *PROFESSIONAL EXPERIENCE*

**Academic Advisor:** Ph.D. Program School of Medicine *Universidad Autónoma de Santo Domingo*. Dominican Republic. 2011 to present.

**Director:** *Memory Clinic at Metropolitan Hospital*, Miami, FL 2010 to present.

**Member Medical Executive Committee::** *West Gables Rehabilitation Healthcare Center*.

2

Miami, FL 2010 to present.

**Diector and Chief Operations Officer**: Neuro Rehabilitation Associates, LLC. Miami, FL, 2010 to present.

**Adjunct Professor:** (Department of Developmental Psychology and Communication). *University of Vigo.* Galicia, Spain. 2010 to present.

**Adjunct Professor of Neuropsychology**: Doctoral Program in Clinical Psychology. *Santa María la Antigüa University*. Panamá, Panamá, 2010 to present.

**Peer Reviewer:** *Pediatrics*  2009 to present.

**Associate Professor:** (Department of Psychiatry): *Herbert Wertheim College of Medicine*, Florida International University, Miami, FL, 2009 to present.

**Course Deputy Director for Professional Behavior:**: *Herbert Wertheim College of Medicine*, Florida International University, Miami, FL, 2009 to present.

**Member**: Doctor of Psychology Advisory Board. *Carlos Albizu University*. Miami, FL. 2007 to present.

**Executive Director:** *Neurobehavioral Institute of Miami*, Miami, FL, 1990 to present.

**Medical Director:** *Neuropsychology Department. West Gables Rehabilitation Hospital*, Miami, FL, 2000 to present.

**Member Medical Executive Committee**: *West Gables Rehabilitation Hospital*. Miami, FL 2005 to present.

**Director: Department of Behavioral Medicine**. *MCCI (Medical Care Consortium, Inc.)*, Miami, FL, 2004 to present.

**Director: Doctor of Psychology in Applied Cognitive Neuroscience Program**, *School of Medicine and Humanities*, Universidad Maimónides, Buenos Aires, Argentina, 2005 to present.

**Academic Program Advisor for Health Sciences**: *Multicultural Training Institu*te, Florida International University, Miami, FL, 2005 to 2009.

**Professor of Applied Cognitive Neuroscience:** *School of Medicine and Humanities.* Universidad Maimónides, Buenos Aires, Argentina, 2002 to present.

**Visiting Professor of Psychology**: *Universidad del Norte*, Barranquilla, Colombia, 2006 to present.

3

**Coordinator:** *International Post Graduate Certificate Program in Developmental and Learning Disorders.* School of Continuing Studies, University of Miami, Coral Gables, FL, 1998-2000.

**Consulting Neuropsychologist**: *Multiple Sclerosis Clinic.* Baptist Health System Doctors Hospital, Coral Gables, FL, 2003 to 2007.

**Visiting Professor of Psychiatry** (Neuropsychology and Medical Psychology): *Division of Medical Psychology.* Department of Medical Specialties, School of Medicine, Universidad de Alcalá, Madrid, Spain, 1992 to 2002.

**Adjunct Faculty**: *Graduate Program in Cognitive and Developmental Disorders and Graduate Program in Forensic Psychology*, Universidad del Norte, Barranquilla, Colombia, 2002 to present.

**Visiting Professor**: *Graduate Programs in Medicine and Psychology* (Applied Cognitive Neuroscience). Universidad Maimónides, Buenos Aires, Argentina, 2002 to present.

**Clinical Director**: *Brain Injury Rehabilitation Program.* West Gables Rehabilitation Hospital, Miami, FL, 1989 to 1993.

**Consulting Neuropsychologist**: *Comprehensive Rehabilitation Program.* West Gables Rehabilitation Hospital, Miami, FL, 1989 to present.

**Consulting Neuropsychologist:** *Department of Medicine.* Coral Gables Hospital, Coral Gables, FL, 1995 to 2008.

**Clinical Director**: *Center for Neurobehavioral Services.* Hialeah Hospital, Hialeah, FL, 1988 to 1990.

**Consulting Neuropsychologist**: *Department of Psychiatry.*  Mercy Hospital, Miami, FL, 1988 to present.

**Consulting Neuropsychologist**: *Refugee Mental Health Program.* United States Public Health Service. 1987 to 1988.

**Consultant**: *Developmental Disabilities Program.* District XI. Department of Health and Rehabilitative Services, Miami, FL, 1987-1991.

**Consultant**: *Departments of Health and Education.* Miccossukee Tribe of Indians, Miami, FL, 1985-1990.

**Chancellor and Professor of Neuropsychology**: *Miami Institute of Psychology of the Caribbean Center for Advanced Studies*, Miami, Florida, 1984 to 1986. (Presently *Carlos*

4

*Albizu University*).

**Cooperating Specialist** (Post-doctoral fellow): *Oficina de Educación Iberoamericana*, Madrid, Spain, 1982 to 1984.

**Coordinator and Research Professor**: *Graduate Program in Psychology and Education*. Instituto Tecnológico de Santo Domingo, Dominican Republic, 1979 to 1982.

**Coordinator**: *AVEPANE* (Venezuelan Association of Parents and Friends of Exceptional Children). Caracas, Venezuela, 1978 to 1979.

**Assistant Professor**: *School of Human Development Professions*. Oakland University, Oakland, MI, 1976 to 1978.

**Graduate Assistant** (Research Fellow): *Division of Educational Services and Research*. School of Medicine. Wayne State University, Detroit, MI, 1975 to 1976.

**Psychology Intern**: *LASED Developmental Disabilities Family Service Center*. State of Michigan Department of Public Health, Detroit, MI, 1973 to 1974.

**Teaching Fellow**: *Department of Psychology*. Eastern Michigan University, Ypsilanti, MI, 1973 to 1974.

**Psychologist**: *Mental Retardation Section. Dominican Rehabilitation Association*, Santo Domingo, Dominican Republic, 1971 to 1973.

**Instructor**: *Department of Psychology*. Universidad Nacional Pedro Henríquez Ureña, Santo Domingo, Dominican Republic, 1968 to 1973.

## *MEMBERSHIP IN PROFESSIONAL ORGANIZATIONS*

**AMERICAN PSYCHOLOGICAL ASSOCIATION**
Division of Clinical Neuropsychology
Society for the Psychological Study of Ethnic Minority Issues
**INTERNATIONAL NEUROPSYCHOLOGY SOCIETY**
**FLORIDA PSYCHOLOGICAL ASSOCIATION**
**DADE COUNTY PSYCHOLOGICAL ASSOCIATION**
**SOCIETY FOR THE SCIENTIFIC STUDY OF TRAUMATIC BRAIN INJURY**
**SOCIEDAD ESPAÑOLA DE PSIQUIATRIA INFANTIL Y DEL ADOLESCENTE**
**AMERICAN COLLEGE OF FORENSIC EXAMINERS**
**NATIONAL ACADEMY OF NEUROPSYCHOLOGY**
**AMERICAN ACADEMY OF EXPERTS IN POST-TRAUMATIC STRESS**
**AMERICAN SOCIETY OF CLINICAL HYPNOSIS**

## *LICENSURE*

Licensed Psychologist in the State of Florida (PY3733)

_PUBLICATIONS AND PRESENTATIONS_

García-Campos, N., Herrera, J.A., Gutiérrez de Álamo, J. (2011), Use of neuropsychological tests with patients with ADHD. In C. Soutullo Esperón (Ed.). *Essential psychopharmacological guide for children and adolescents.* Madrid (ES): Editorial Médica Panamericana. (ISBN 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-403-4)

Herrera Pino, J.A, (2010). The neuropsychological interpretation of the Wechsler Intelligence Scale for Children. Presented at the *III Internatiional Congress of Applied Cognitive Neuroscience.* Barranquilla, Colombia.

Herrera Pino, J.A. (2010). The neuropsychological evaluation of the infant. Presented in the *II International Congress of Applied Cognitive Neuroscience.* Santo Domingo, Dominican Republic.

Herrera-Pino, J.A. & Maceira-Gago, A. (2010). The practice of consistent physical activity as a protection factor against dementia. Presented the *III International Congress of Sports Sciences and Physical Education.* Pontevedra, Galicia, Spain,

Quintero, F.J., García-Campos, N. Loro, M., Miernau, I.. & Herrera-Pino, J.A. (2010). Intellectual abilities in children with ADHD. Presented in *Eunethydis ADHD Conference: From Data to Best Clinical Practice.* Amsterdam, Holland,

Herrera Pino, J.A., Maceira Gago, A., & Iturry, M. (2010). *The neuropsychological interpretation of the Wechsler Adult Intelligence Scale.* Coral Gables (FL): Interamerican Academy of Applied Cognitive Neuroscience.

Herrera Pino, J.A. Salcedo Samper, G.P., & Jubiz Bassi, N.S. (2010). *The neuropsychological interpretation of the Benton Visual Retention Test.* Coral Gables (FL): Interamerican Academy of Applied Cognitive Neuroscience.

Herrera Pino, J.A., Jubiz Bassi, N.J., & Salcedo Samper, G.P. (2010). *The neuropsychological interpretation of the Symbol Digit Modalities Test.* Coral Gables (FL): Interamerican Academy of Applied Cognitive Neuroscience.

Herrera Pino, J.A. Neuropsychological diagnosis and intervention in specific learning disorders. Presented at *Corporacion Universitaria de la Costa,* Barranquilla, Colombia, 2009.

Herrera Pino, J.A. Cognitive rehabilitation. Presented in the *International Congress of Applied Cognitive Neurosciences*, Cartagena, Colombia, 2009.

Herrera Pino, J.A. Neuropsychological foundations of dyslexia. Presented in the

6

*International Congress of Applied Cognitive Neurosciences*, Cartagena, Colombia, 2009.

Herrera Pino, J. A., Gutiérrez del Álamo, F. J., & García Álvarez, A. R. (2009). Neuropsychological foundations of attention deficit hyperactivity disorder. In F. J. Quintero Gutiérrez del Álamo, J. Correas Lauffer, & F. J. Quintero Lumbreras (Eds.). *Attention deficit hyperactivity disorder across the life span (3ʳᵈ Ed.).* Madrid: Elsevier. (ISBN13: 978844581907-4)

Herrera Pino, J. A., Gutiérrez del Álamo, F. J., & García Álvarez, A. R. (2009). Neuropsychological evaluation of  attention deficit hyperactivity disorder. In F. J. Quintero Gutierrez del Alamo, J. Correa Lauffer, & F. J. Quintero Lumbreras (Eds.). *Attention deficit hyperactivity disorder across the life span.* Madrid: Elsevier. (ISBN13: 978844581907-4)

Gutiérrez del Álamo, F. J., Herrera Pino, J. A., García, A. R., Correas Lauffer, J., & Quintero Lumbreras, F. J. (2009). Historical evolution of attention deficit hyperactivity disorder and related concepts. In F. J. Quintero Gutiérrez del Álamo, J. Correa Lauffer, & F. J. Quintero Lumbreras (Eds.). *Attention deficit hyperactivity disorder across the life span (3ʳᵈ Ed.).* Madrid: Elsevier. (ISBN13: 978844581907-4)

Gutiérrez del Álamo, F. J., Herrera Pino, J. A., Correa Lauffer, J., San Sebastian Cabases, Garcia Campos N., & Loro Lopez, M. (2009). Clinical charactecteristics of attention deficit hyperactivity in childhood. In F.J. Quintero Gutiérrez del Álamo, J. Correa Lauffer, & F. J. Quintero Lumbreras (Eds.). *Attention deficit hyperactivity disorder across the life span (3ʳᵈ Ed.).* Madrid: Elsevier. (ISBN13: 978844581907-4)

Quintero Gutiérrez del Álamo, F. J., Garcia Campos, N., Unzeta Conde, B., Pando Velazco, F., & Herrera Pino, J. A. (2009). Diagnosis of attention deficit hyperactivity disorder. In F.J. Quintero Gutiérrez del Álamo, J. Correa Lauffer, & F. J. Quintero Lumbreras (Eds.). *Attention deficit hyperactivity disorder across the life span (3ʳᵈ Ed.).* Madrid: Elsevier. (ISBN13: 978844581907-4)

Herrera, J.A. The potential of neuropsychology in the rehabilitation hospital: The West Gables model of cognitive rehabilitation. Presented at the *First RehabCare Medical Directors Symposium.* Miami, FL, 2009.

Herrera, J.A. Neuropsychology in child and adolescent psychiatry. Presented at the *IV Congress on Attention Deficit Hyperactivity Disorder*, Madrid, Spain, 2009.

Puerta Lopera, I.C., Betancur Arias, J.D., & Herrera Pino, J.A. (2009). Malingering neurocognitive dysfunction in the field of forensic neuropsychology. Theoretical approximations. *Psicología Desde el Caribe*, **23**. 2-20.

Herrera Pino, J.A. (2008). *Introduction to neuropsychological evaluation.* . Coral Gables (FL): Interamerican Academy of Applied Cognitive Neuroscience.

7

Herrera Pino, J.A., Jubiz Bassi, N.S., & Salcedo Samper, G.P. (2008). *Neuropsychological interpretation of the Halstead Category Test*. Coral Gables (FL): Interamerican Academy of Applied Cognitive Neuroscience.

Herrera Pino, J.A. & Barceló Martínez, E. (2008). *Neuropsychological interpretation of the Wisconsin Card Sorting Test*. Coral Gables (FL): Interamerican Academy of Applied Cognitive Neuroscience.

Herrera Pino, J.A. & Castellanos Araujo, C.E. (2008). *Neuropsychological interpretation of the Stroop Word and Color Test*. Coral Gables (FL): Interamerican Academy of Applied Cognitive Neuroscience. .

Herrera, J.A. The MINI-MENTAL STATUS EXAMINATION: A frequently used, but not well known instrument. Presented at the *International Meeting of Neurosciences and Neuropsychology*, Neiva, Colombia, 2008.

Herrera, J.A. Neuropsychological foundations of dyslexia. Presented at the *International Meeting of Neurosciences and Neuropsychology*, Neiva, Colombia, 2008.

Herrera Pino, J.A. Psychological evaluation of the offender. Presented at the *IV International Congress of Forensic and Judicial Psychology*. Barranquilla, Colombia, 2008.

Herrera, J.A. The MINI-MENTAL STATUS EXAMINATION: A frequently used, but not well known instrument. Paper presented at the *Mid-Year Meeting of the International Neuropsychological Society*, Buenos Aires, Argentina, 2008.

Herrera Pino, J.A. & Allegri, R.F. (2007). *Neuropsychological interpretation of the Controlled Oral Word Association Test*. Coral Gables (FL): Interamerican Academy of Applied Cognitive Neuroscience.

Herrera Pino, J.A., Román, N., & Diéguez, N. (2007). *Neuropsychological interpretation of the Rey Auditory Verbal Learning Test*. Coral Gables (FL): Interamerican Academy of Applied Cognitive Neuroscience.

Herrera, J.A. & Vargas, J.L. (Eds.) (2007). *Handbook of neuropsychological examination of dementia*. Coral Gables, FL: Interamerican Academy of Applied Cognitive Neuroscience. (ISBN: 978-1-4243-333-2).

Garcia Alvarez, R. & Herrera Pino, J. (2007) Epidemiology of Attention Deficit Hyperactivity Disorder. *Latin American Journal of Psychiatry*, 7 (September), 39-48.

Herrera Pino, J.A. Neuropsychological foundations of psychopathy. Presented at the *II International Congress of Forensic and Judicial Psychology*. Barranquilla, Colombia, 2006.

Herrera Pino, J.A., Lewis Harb, S., Jubiz Bassi, N.S., & Salcedo Samper, G.P. (2007).

Neuropsychological foundations of developmental dyslexia. *Psychology from the Caribbean*, **19**, 222-268. (ISSN: 0123-417X)

Herrera Pino, J. A., Gutiérrez del Álamo, F. J., & García Álvarez, A. R. (2006). Neuropsychological foundations of attention deficit hyperactivity disorder. In F. J. Quintero Gutiérrez del Álamo, J. Correas Lauffer, & F. J. Quintero Lumbreras (Eds.). *Attention deficit hyperactivity disorder across the life span.* Madrid: Ergon. (ISBN: 84-8473-415-3)

Herrera Pino, J.A., Román, N., & Puentes Rosso, P.. (2006). *Neuropsychological interpretation of the Rey Osterrieth Complex Fiogure Test.* Coral Gables (FL): Interamerican Academy of Applied Cognitive Neuroscience.

Herrera Pino, J. A., Gutiérrez del Álamo, F. J., & García Álvarez, A. R. (2006). Neuropsychological evaluation of the child with attention deficit hyperactivity disorder. In F. J. Quintero Gutierrez del Alamo, J. Correa Lauffer, & F. J. Quintero Lumbreras (Eds.). *Attention deficit hyperactivity disorder across the life span*. Madrid: Ergon. (ISBN: 84-8473-415-3)

Gutiérrez del Álamo, F. J., Herrera Pino, J. A., García, A. R., Correas Lauffer, J., & Quintero Lumbreras, F. J. (2006). Historical evolution of attention deficit hyperactivity disorder and related concepts. In F. J. Quintero Gutiérrez del Álamo, J. Correa Lauffer, & F. J. Quintero Lumbreras (Eds.). *Attention deficit hyperactivity disorder across the life span.* Madrid: Ergon. (ISBN: 84-8473-415-3)

Gutiérrez del Álamo, F. J., Herrera Pino, J. A., García, A. R., García Campos, N., Riaza Bermudo-Soriano, C., Clavel Claver, M., & Quintero Lumbreras, F. J. (2006). Diagnostic approximation to attention deficit hyperactivity disorder. In F.J. Quintero Gutiérrez del Álamo, J. Correa Lauffer, & F. J. Quintero Lumbreras (Eds.). *Attention deficit hyperactivity disorder across the life span.* Madrid: Ergon. (ISBN: 84-8473-415-3)

Puente García, R., Loro López, M., Riaza Bermudo-Soriano, C., Herrera Pino, J. A.., & Quintero Gutiérrez del Álamo, F. J. (2006). Comorbilities in attention deficit hyperactivity disorder, importance for diagnosis. In F.J. Quintero Gutiérrez del Álamo, J. Correa Lauffer, & F. J. Quintero Lumbreras (Eds.). *Attention deficit hyperactivity disorder across the life span.* Madrid: Ergon. (ISBN: 84-8473-415-3)

Herrera-Pino, J. A. & Quintero Gutiérrez del Álamo, F. J. *Diagnosis of ADD: Clinical perspective and neuropsychological evaluation.* Paper presented at the *Symposium on Attention Deficit Disorder Across the Life Span: A Multicountry Perspective* XIII World Congress of Psychiatry,
Cairo, Egypt, 2005.

Herrera Pino, J.A. Cognitive rehabilitation of learning disorders. Presented at the *1st International Symposium on Cognitive, Educational, and Pharmacological Rehabilitation*. Barranquilla, Colombia, 2005.

Herrera Pino, J.A. Neurocognitive consequences of mild traumatic head injury: The post-concussion syndrome. Presented at the *1st International Symposium on Cognitive, Educational, and Pharmacological Rehabilitation*. Barranquilla, Colombia, 2005.

Herrera Pino, J.A. *Neurocognitive treatment of chronic pain*. Presented at the *1st International Symposium on Cognitive, Educational, and Pharmacological Rehabilitation*. Barranquilla, Colombia, 2005.

Herrera, J.A. *Cognitive habilitation*. Presented at the *International Workshop on Cognitive Disorders and Neurological Bases of Learning*. Barranquilla, Colombia, 2003.

Herrera, J.A. *Neuropsychological foundations of attention deficit hyperactivity disorder*. Presented at the *International Workshop on Cognitive Disorders and Neurological Bases of Learning. Barranquilla*, Colombia, 2003.

Herrera Pino, J.A. & Quintero Gutiérrez del Álamo, F,J. (2003). Impact of trauma on anxiety and attentional processes. Paper presented at the *V Symposium of the Dominican College of Neuropsychopharmacology*, Santo Domingo, Dominican Republic, 2003.

Herrera Pino, J. A. *Neuropsychological rehabilitation of the severe head trauma patient*. Presented at the *1st International Head Trauma Symposium*.  Santo Domingo, Dominican Republic, 1998.

Herrera Pino, J.A. *Medical psychology of pain: when medication is not enough*. Presented as an invited address to opt for the title of *Doctor of Education and Humanities* (Honoris Causa) at Universidad Nacional Pedro Henríquez Ureña, Santo Domingo, Dominican Republic, 1998.

Herrera Pino, J.A. *Neuropsychological signs and symptoms of mild traumatic head injury*. Unpublished doctoral dissertation. Madrid: Universidad de Alcalá, 1997.

Herrera, J.A., Logan, C.H., Cooker, P.G., Morris, D.E. y Lyman, D.E. Phonological awareness and phonetic-graphic conversion: a study of the effects of two intervention paradigms with learning disabled children. *Reading Improvement*, **34** (2), 1997, 71-89. (ISSN: 003-0510)

Quintero Lumbreras, F.J., Lyman, D.E., Herrera-Pino, J.A., Quintero Gutiérrez del Alamo, F.J., Logan, C.H., Cooker, P.G., Morris, D.P. & Pereira, L. Implicit memory training in children with learning disabilities.  Are these children active or enactive readers? *Psiquis*, **18** (7), 1997, 279-290.  (ISSN: 0210-8348).

Herrera, J.A. *Psychopathology associated to mild head trauma*. Presented in the *VIII Dominican Congress of Psychiatry*. Santo Domingo, Dominican Republic, 1997.

Herrera, J.A. & García, A.R. *A comparison of two methods of neurocognitive rehabilitation in mild head trauma: case studies*. Presented at the *National Cognitive Rehabilitation Conference*. Washington, D.C., 1996.

García, A.R. & Herrera, J.A. *Effectiveness of neurocognitive rehabilitation 10 years post head trauma: case studies*. Presented at the *National Cognitive Rehabilitation Conference*. Washington, D.C., 1996.

Herrera Pino, J.A., Quintero Lumbreras, F.J., García Álvarez, R. Maceira Gago, A. & Quintero Gutiérrez del Álamo, F.J. The importance of the neuropsychological evaluation of the learning disabled child.  *Psiquis*, **17** (6), 1996, 293-306. (ISSN: 0210-8348).

Herrera Pino, J.A. & García Álvarez, R. *The importance of the neuropsychological evaluation of the head trauma patient: conceptual approaches and case studies*. Presented at the *International Congress of Neurology and Neurosurgery*. Santo Domingo, Dominican Republic, 1995.

Herrera Pino, J.A. *Neurobehavioral consequences of mild traumatic head injury in children and adolescents: review of the literature and case studies*. Presented at the *Annual Meeting of the European Society for Pediatric Research*, Alicante, Spain, 1995.

Quintero Lumbreras, F.J., Herrera Pino, J.A. and Quintero, F.J. *Clinical validation of a protocol for the assessment of psychophysiological manifestations of anxiety in children and adolescents*. Presented at the *Annual Meeting of the European Society for Pediatric Research*, Alicante, Spain, 1995.

Quintero Lumbreras, F.J., Herrera, J.A. & Quintero, F.J. The psychophysiological profile as an instrument in the evaluation of chronic pain: development of a protocol and case studies. *Psiquis*, **16** (4), 1995, 34-43. (ISSN: 0210-8348).

Herrera Pino, J.A., Quintero Lumbreras, F.J., Grodzinski Schwartz, J, & Quintero Gutiérrez del Álamo, F.J. Neurobehavioral consequences of mild head trauma: the post-concussion syndrome. *Psiquis*, **16** (5), 1995, 173-183. (ISSN: 0210-8348).

Herrera-Pino, J.A. *The neuropsychological evaluation of the brain-injured patient: clinical and forensic implications*. Presentation made at the *Annual Meeting of the Medical Specialists Association of Santo Tomás Hospital*, Panama, 1994.

Herrera-Pino, J.A. *The use of physiological self-regulation in the practice of medicine*. Presentation made at the *Annual Meeting of the Medical Specialists Association of Santo Tomás Hospital*, Panama, 1994.

Herrera Pino, J.A., Quintero Lumbreras, F.J., Grodzinski Schwartz, J. & Quintero, F.J. *Psychophysiological profiling as an instrument for the evaluation of pain in adolescents:*

11

*development of a protocol.* Presented at the *V National Meeting of the Spanish Pediatric Society* (Section on Adolescent Medicine), Alicante, Spain, 1994.

Quintero Lumbreras, F.J., Herrera Pino, J.A., Quintero, F.J., & Ruiz Cerrajero, M.J. *Case studies in the evaluation and treatment of anxiety and stress in adolescents through biofeedback.* Paper presented at the *V National Meeting of the Spanish Pediatric Society* (Section on Adolescent Medicine), Alicante, Spain, 1994

Herrera-Pino, J.A. & Quintero-Lumbreras, F.J. *New frontiers in the treatment of attentional deficit-hyperactivity disorders through neuro-feedback: Case studies.* Presented at the *IX World Congress of Psychiatry*, Rio de Janeiro, Brazil, 1993.

Herrera-Pino, J.A., Quintero-Lumbreras, F.J. and Grodzinski-Schwartz, J. *The psychophysiological profile as an instrument in the evaluation of the chronic pain patient: Development of a protocol and case studies.* Presented at the *IX World Congress of Psychiatry*, Rio de Janeiro, Brazil, 1993.

Herrera-Pino, J.A. *Neurobehavioral sequelae of traumatic head injury: Is the post-concussion syndrome fact or fiction?* Paper presented at the *Orlando Meeting of the Florida Claims Association*, Orlando, 1991.

Herrera-Pino, J.A., Quintero-Lumbreras, F.J., Diéguez-Herrera, N. & Alvarez, A.I. *Clinical validation of a protocol for the assessment of some psychosomatic characteristics related to stress.* Paper presented at the *10th World Congress of the International College of Psychosomatic Medicine*, Madrid, October, 1989.

Parks, R., Herrera, J.A., Wolfe, L., Inglis, A., Latterner, R., Lorenzo, G., Barker, W., and Carner, R. *Positron Emission Tomography: systems interpretation of cortical organization with PPVT-R.* Paper presented at the *Convention of the American Psychological Association*, New York, August, 1987.

Herrera, J.A. *Implications of cultural differences for Cuban entrant mental health care.* Invitational address delivered at the *3rd. Annual Clinical and Administrator's Seminar*, Refugee Mental Health Program, United States Public Health Service, National Institute of Mental Health, Baltimore, January, 1987.

Herrera, J.A. *Personality disorders.* Presented at the *3rd. Annual Clinical and Administrator's Seminar*, Refugee Mental Health Program, United States Public Health Service, National Institute of Mental Health, Baltimore, January 1987.

Parks, R., Herrera, J.A., Latterner, R., Lorenzo, G., and Carner, R. (F-18) 2-Fluor-2-Deoxy-D-Glucose method of regional cerebral glucose metabolism by PET in young adults and the Trail Making Test (Abstract). *Archives of Clinical Neuropsychology,* **1** (3), 1986, 261.

Herrera, J.A. *Prospective view of special education in Spanish-America.* Invitational

12

address presented at the *Cátedra de América*, Oficina de Educación Iberoamericana, Madrid, Spain, 1982.

Herrera, J.A. & Ureña, D.A. *Brain behavior relationship in children placed in compensatory education programs*.  Presented at the *XVIII Congress of the Inter-American Psychology Society*, Santo Domingo, 1981.

Herrera, J.A. *Construct validity of the Learning Disabilities Indicators Questionnaire*. Presented at the *XVIII Congress of the Inter-American Psychology Society*, Santo Domingo, 1981.

Sahdalá, M.C. & Herrera, J.A. *The use of the Gesell Institute Pre-School Tests in the diagnosis of mental retardation*.  Presented at the *XVIII Congress of the Inter-American Psychology Society*, Santo Domingo, 1981.

Herrera, J.A.   *Some auditory discrimination correlates of auscultation*.   Unpublished doctoral dissertation.  Detroit: Wayne State University, 1979.

## *DOCTORAL DISSERTATION RESEARCH PROJECTS CHAIRED*

Agron, J. (2002). *Handbook of the pathophysiology of disease for the detection of Axis-III disorders*.
Unpublished doctoral dissertation. Miami (FL): Carlos Albizu University.

Barcelo, E.A. (2009). *Cognitive impairment in patients with diagnosis of respiratory disorders associated with sleep (obstructive apnea/hypopnea)*. Unpublished doctoral dissertation. Buenos Aires (Argentina): Maimonides University.

Bauer, S. (2001). *The history of Norman Geschwind and his contributions to neuropsychology. Unpublished doctoral dissertation.* Miami (FL): Carlos Albizu University.

Bermudez, R. (2009). The effect of hospitalization in the mental state of the neurological patient. Unpublished doctoral dissertation. Buenos Aires (Argentina): Maimonides University.

Blumtritt, C.A. (2009) *Behavior modification intervention program through plastic art (drawing and painting) in persons with diagnosis of autism between the ages of 18 and 25 years in the City of Miami, Florida, United States*. Unpublished doctoral dissertation. Buenos Aires (Argentina): Maimonides University.

Boschmann-Parlade, S. (2000). *A case study of Tourette syndrome, Moebius syndrome and developmental delays in a 19 year old Hispanic female*. Unpublished doctoral dissertation. Miami (FL): Carlos Albizu University.
.
Castellanos, C.E. (2009). *Neurocognitive functioning in persons who live with HIV and*

*encephalic toxoplasmosis*. Unpublished doctoral dissertation. Buenos Aires (Argentina): Maimonides University.

Castillo, H. (2009). *Frontal lobe functioning in different subtypes of Attention Deficit Hyperactivity Disorder through a neuropsychological battery*. Unpublished doctoral dissertation. Buenos Aires (Argentina): Maimonides University.

Gallardo Ríos, A.M. (2010). *The effect of the dynamic evaluation on the learning potential of children with intellectual disabilities*. Unpublished doctoral dissertation. Buenos Aires (Argentina): Maimonides University.

Gonzalez, V. (1991). Automatic processing of rotation by one sub-type of dyslexic. Unpubished dpctpral dissertation. Miami (FL). Carlos Albizu University.

Jacobus, N.C. (2009). *Development and validation of a protocol for the evaluation of language functions profiles in aphasic patients*. Unpublished doctoral dissertation. Buenos Aires (Argentina): Maimonides University.

Jubiz Bassi, N.S. (2009). Predictive capacity of the Mini-Mental Status Examination in detecting impairments of higher cerebral functions in patients with memory complaints. Unpublished doctoral dissertation. Buenos Aires (Argentina): Maimonides University.

Lavandera-Herrera, L. (1987). *A descriptive study of the learning styles of the Miccosukee children*. Unpublished doctoral dissertation. Miami (FL): Carlos Albizu University.

Martinez-Ponce de Leon. J.A. (1986). *The effects of personality and environment as varibles on the process of acculturation of Cuban Mariel immigrants*. Unpublished doctoral dissertation. Miami (FL): Carlos Albizu University.

Martinez. S. (2005). *Stress management as an adjunct treatment in patients identified with coronary artery disease: A program design*. Unpublished doctoral dissertation. Miami (FL): Carlos Albizu University.

Montas, G.C. (2009). *Neurocognitive profile of a sample of male physical abusers in the context of the family*. Unpublished doctoral dissertation. Buenos Aires (Argentina): Maimonides University.

Olarte, D. (2010). *Relationship between executive functions and theory of mind in a sample of children with Asperger Syndrome and normal children.* Unpublished doctoral dissertation. Buenos Aires (Argentina): Maimónides University, Buenos Aires.

Ortiz Becher, M. (2004). *Neurocognitive rehabilitation of children with Attention Deficit Hyperactivity Disorder: A program design*. Unpublished doctoral dissertation. Miami (FL):

14

Carlos Albizu University.

Parks, R.W. (1986). *Positron emission tomography and magnetic resonace imaging in the neuropsychological assessment of dementia and normal functioning*. Unpublished doctoral dissertation. Miami (FL): Carlos Albizu University.

Parks, R.W. (1987): *Positron emission tomography and intelligence screening measures: A systems interpretation of cortical organization with the Peabody Picture Vocabulary Test-Revised and Shipley Institute of Living Scale*. Unpublished doctoral dissertation. Miami (FL): Carlos Albizu University.

Puentes, P. (2009). Inhibitory control phenotype in Attention Deficit Hyperactivity Disorder in paricipants with family history of the condition. Unpublished doctoral dissertation. Buenos Aires (Argentina): Maimonides University.

Puerta, I.C. (2009). *Detection of malingered cognitive dysfunction through the Test of Memory Malingering*. Unpublished doctoral dissertation. Buenos Aires (Argentina): Maimonides University.

Restrepo, J.C. (2009). *Relationship between executive functions and emotional status in young adults*. Unpublished doctoral dissertation. Buenos Aires (Argentina): Maimonides University.

Rodriguez, L.J. (1990). *Psychological stress-related symptoms in a tri-ethnic female working population*. Unpublished doctoral dissertation. Miami (FL): Carlos Albizu University.

Romero, M.G. (2009). *Executive function dimensions in adolescents with borderline intellectual ability*. Unpublished doctoral dissertation. Buenos Aires (Argentina): Maimonides University.

Sanchez, E.Y. (2009). *Neurocognitive profiles of  cocaine and polionsumption addicts according to time of abstinence*. Unpublished doctoral dissertation. Buenos Aires (Argentina): Maimonides University.

Santi-Hochfelder, E. (1996) *The effect of stress on insulin dependent diabetics*. Unpublished doctoral dissertation. Miami (FL): Carlos Albizu University.

Schnurbusch, C. (2009). *Correlational analyis of lateralization of neurocognitive functions and motor laterality evaluated with neuropsychological tests*. Unpublished doctoral dissertation. Buenos Aires (Argentina): Maimonides University.

15

Zapata, M.E. (2009). *Executive functions, behavioral changes, and social cognition in patients with trauma to the frontal lobes.* Unpublished doctoral dissertation. Buenos Aires (Argentina): Maimonides University.

## DOCTORAL DISSERTATION RESEARCH PROJECTS CURRENTLY IN PROGRESS

Arana Medina, C.M. *Neuropsychological profile of patients with multiple sclerosis.* Maimónides University, Buenos Aires, Argentina.

Barrera Valencia, M, *Neuropsychological description of executive functions and emotions in post traumatic stress disorder.* Maimónides University, Buenos Aires, Argentina.

Betancur Arias, J.D. *Ecological validity of the assessment of emotional and functional patterns and quality of life in multiple sclerosis.* Maimónides University, Buenos Aires, Argentina.

Calderón Delgado, L. *Neuropsychological description of executive functions and emotions in depression associated to psychological trauma.* Maimónides University, Buenos Aires, Argentina.

Cuadros Lombardi, J.P. *The relationship between auditory verbal memory and reading comprehension.* Maimónides University, Buenos Aires, Argentina.

Currás, G. *Naming function and attentional processes in Hispanic patients with mild traumatic brain injury as assessed by the Stroop Word and Color Test.* Carlos Albizu University, Miami, FL USA.

Gómez Botero, M. *Neuropsychological profile of mild mental retardation.* Maimónides University, Buenos Aires, Argentina.

González, C.M. *A study of the predictive validity of the Test of Non-Verbal Intelligence 2 in patients who report memory complaints.* Maimónides University, Buenos Aires, Argentina.

Isaza Zapata, A.I. *Evaluation of cognitive impairment in ischemic vascular disease.* Maimónides University, Buenos Aires, Argentina.

Lewis Harb, S. *The relationship between reading comprehension and intellectual functioning.* Maimónides University, Buenos Aires, Argentina.

Martinez Gómez, J. *The use of the Test of Memory Malingering in identifying malingered cognitive dysfunction using a simulation design.* Maimónides University, Buenos Aires, Argentina.

Mejía Brando, M.X. *Neuropsychological and neuroanatomical correlates of various forms of headaches.* Maimónides University, Buenos Aires, Argentina.

Nieto, R. *Relationship between intellectual functioning and adaptive behavior in children with cerebral palsy.* Maimónides University, Buenos Aires, Argentina.

Páez, L. *Ability to sustain attention in patients with mild traumatic brain injury evaluated through the Conners Continuous Performance Test-II.* Maimónides University, Buenos Aires, Argentina.

Pärdo, V.M. *Effectiveness of a cognitive rehabilitation program for older adults with cognitive impairment.* Maimónides University, Buenos Aires, Argentina.

Pérez Verdecia, F. *Effective training techniques in intellectual disabilities: A program design.* Carlos Albizu University, Miami, FL USA.

Pistoia, M. *Development of a neuropsychological profile of ADHD (Attention Deficit Hyperactivity Disorder) and its different subtypes and its relationship to school failure.* Maimónides University, Buenos Aires, Argentina.

Rincón Forero, S. *Executive functions in epilepsy secondary to traumatic brain injury.* Maimónides University, Buenos Aires, Argentina.

Salcedo-Samper, G. *Intellectual functions and working memory in Hispanic patients with traumatic brain injury as assessed by the Reynolds Intellectual Assessment Scales.* Carlos Albizu University, Miami, FL USA.

Sánchez, F. *Treatment for moderate cognitive impairments and depression in patients with congestive heart failure: A program design.* Carlos Albizu University, Miami, FL USA

Sandoval, M.R. *Relationship between crystallized intelligence, fluid intelligence and working memory and school achievement.* Maimónides University, Buenos Aires, Argentina.

Silvestre Ortiz, G. *The neuropsychological profile of patients with Type II diabetes.* Maimónides University, Buenos Aires, Argentina.

Vargas Manrique, S.M. *The relationship between cognitive reserve and neuropsychological functioning in patients positive for HIV*, Maimónides University, Buenos Aires, Argentina.

## <u>TEACHING EXPERIENCE</u>

**Undergraduate Level**:

Introduction to Psychology
Developmental Psychology
Differential Psychology
Brain Behavior Relationship
Theories of Personality
Introduction to Psychopathology
Educational Psychology
Cognitive Processes
History and Systems of Psychology
Research Methods

**Graduate Level**:

Applied Cognitive Neuroscience
Research Methods in Psychology
Education of Exceptional Children
Introduction to Learning Disabilities
Assessment of Intelligence
Advanced Developmental Psychology
Neuropsychological Bases of Learning Disorders
Neuropsychological Models of Behavioral Disorders
Psychoeducational Assessment of Pre-School Children
Advances in Psychopathology
Psychodiagnosis
Assessment and Remediation of Perceptual Disorders
Nature, Diagnosis and Rehabilitation of Aphasia
Ethics and Professional Conduct in Psychology
Psychotherapy with Children
Neuropsychological Assessment
Higher Cortical Functions
Neuropsychological Rehabilitation
Developmental Neuropsychology
Clinical Neuropathology
Mental Health
Mental Health Counseling
Advances in Child Psychiatry and Psychology
Clinical Methods in Speech and Language Disorders
Neuropsychological Bases of Speech and Language Disorders
Professional Behaviors in Medical Practice

## *PROFESSIONAL SEMINARS AND POST-DOCTORAL COURSES TAUGHT*

**Contributions of Applied Cognitive Neuroscience to Psychotherapy.** (Workshop presented at the 13th Congress of Psychology, Santa Marta, Colombia) 2010.

**A Review of Neuropsychological Instruments.** (Didactic Session presented at the Goodman Psychological Services Center of Carlos Albizu University, Doral, Florida) 2009.

**Neuropsychological Foundations of Attention Deficit Hyperactivity Disorder**. (Workshop presented at the VIII National Congress of Neurology, Cali, Colombia) 2007.

**Neuropsychological Foundations of Dyslexia.** (Workshop presented at the VIII National Congress of Neurology, Cali, Colombia) 2007.

**The Practice of Neurocognitive Rehabilitation.** (Workshop presented at the VIII National Congress of Neurology, Cali, Colombia) 2007

**Attention Deficit Hyperactivity Disorder: A Neuroscience Perspective.** (Workshop presented at the First Neuroscience Seminar on Attention Deficit Hyperactivity Disorder, Panama, Panama) 2007.

**Advances in Applied Cognitive Neuroscience**. (Post-doctoral course taught at the School of Medicine and Humanities, Universidad Maimónides, Buenos Aires, Argentina) 2002-2006.

**Advances in the Education and Treatment of the Difficult Child** (Graduate Summer Course offered at the Division of Medical Psychology of the Department of Medical Specialties, Universidad de Alcalá, Madrid, Spain) 2002-2005.

**Neuropsychological Foundations of Developmental and Learning Disorders** (Post Graduate Seminar offered at the School of Continuing Education, University of Miami, Coral Gables, FL) 1998-2000

**Diagnosis and Intervention in Early Developmental Disorders** (Post Graduate Seminar offered at the School of Continuing Education, University of Miami, Coral Gables, FL) 1998-2000

**Neuropsychological Diagnosis of Developmental and Learning Disorders** (Post Graduate Seminar offered at the School of Continuing Education, University of Miami, Coral Gables, FL) 1998-2000

**Neurocognitive Intervention in Developmental and Learning Disorders** (Post Graduate Seminar offered at the School of Continuing Education, University of Miami, Coral Gables, FL) 1998-2000

**Advances in Medical Psychology**. (Post-doctoral course taught at the Department of Medical Specialties, Universidad de Alcalá, Madrid, Spain) 1997 and 1998.

**Psychophysiological Assessment in Medical Psychology**. (Post-doctoral course taught at the Department of Medical Specialties, Universidad de Alcalá, Madrid, Spain) 1997 and 1998.

**Advances in Psychopathology**. (Post-doctoral course taught at the Department of Medical Specialties, Universidad de Alcalá, Madrid, Spain) 1997 and 1998.

**Hypnotherapy: Theoretical and Practical Applications to Medicine**. (Seminar presented at the Department of Medical Specialties, Universidad de Alcalá, Madrid, Spain) 1996 and 1997.

**Advances in Child and Adolescent Psychopathology: Diagnosis and Treatment of Attention Deficit Hyperactivity Disorder**. (Workshop presented to the Faculty of the

School of Nursing, University of La Coruña, El Ferrol, Galicia, Spain) 1996.

**Contributions of Medical Psychology to the Treatment of the Cardiovascular Patient** (Seminar presented at the Department of Medical Specialties, Universidad de Alcalá, Madrid, Spain) 1995.

**The Use of Electromyographic Self-Regulation in the Treatment of the Asthmatic Patient** (Seminar presented at the School of Nursing and Physical Therapy, Universidad de Alcalá, Madrid, Spain) 1995.

**Crossed Eye-Hand Dominance and Learning Disabilities: Neuropsychological Implications** (Seminar presented at the Department of Medical Specialties, Universidad de Alcalá, Madrid, Spain) 1995.

**Diagnostic and Therapeutic Strategies and Techniques in Child and Adolescent Psychopathology and Psychiatry** (Post-doctoral course taught at the Department of Medical Specialties, Universidad de Alcalá, Madrid, Spain) 1995 and 1996.

**Anxiety Disorders in Child and Adolescent Psychiatry: A Practical Approach in Pediatrics**
(Post-doctoral course taught at the Department of Medical Specialties, Universidad de Alcalá, Madrid, Spain) 1995 and 1996.

**Clinical Techniques and Procedures of Physiological Self-Regulation Through Biofeedback** (Workshop presented to the Faculty of the School of Physical Therapy, University of La Coruña, La Coruña, Galicia, Spain) 1995.

**Clinical Techniques and Procedures of Physiological Self-Regulation Through Biofeedback** (Workshop presented to the Faculty of the School of Nursing, Universidad de La Coruña, El Ferrol, Galicia, Spain) 1995.

**Introduction to Physiological Self-Regulation** (Workshop presented to the Faculty of the School of Physical Therapy, Universidad de La Coruña, La Coruña, Galicia, Spain) 1994.

**When a Child Dies: Implications for the Family and Physician** (Seminar presented at the Department of Medical Specialties, Universidad de Alcalá, Madrid, Spain) 1994

**The Physician and Pain: When Medication Is Not Enough** (Seminar presented at the Department of Medical Specialties, Universidad de Alcalá, Madrid, Spain) 1994.

**Foundations and Practice of Medical Psychotherapy** (Seminar presented at the Department of Medical Specialties, Universidad de Alcalá, Madrid, Spain) 1994.

**Clinical Management of the Neurobehavioral Patient** (Symposium presented under the auspices of the Movement for the Advancement of Psychiatry and the Neurology and

Neurosurgery Society, Santo Domingo, Dominican Republic) 1993.

**Neurobehavioral Sequelae of Closed Head Injury** (Workshop presented at the XXIV Inter-American Congress of Psychology, Santiago, Chile) 1993.

**Neuropsychological Bases of Depression and Schizophrenia** (Seminar presented at the Department of Medical Specialties, Universidad de Alcalá, Madrid, Spain) 1993.

**The Embryology of Behavior and Developmental Diagnosis** (Seminar presented at the Department of Medical Specialties, Universidad de Alcalá, Madrid, Spain) (1992) (1994).

**The Neuropsychological Interpretation of the Wechsler Intelligence Scales** (Seminar presented at the Department of Medical Specialties, Universidad de Alcalá, Madrid, Spain) 1992.

**The Practice of Rehabilitation Medicine in the Year 2000** (Summer course presented at the Department of Medical Specialties, Universidad de Alcalá, Madrid, Spain) 1992.

**Advances in Child Psychiatry and Psychology** (Post-doctoral course presented at the Department of Medical Specialties, Universidad de Alcalá, Madrid, Spain) (1992) (1993) (1994).

**Neurocognitive Sequelae of Traumatic Head Injury** (Presentation made at the Second Annual Orthopedic-Neurological Medical Symposium, Miami, FL) 1992.

**Neuropsychological Assessment** (Seminar presented at the Department of Medical Specialties, Universidad de Alcalá, Madrid, Spain) 1991.

**A Protocol for the Assessment of Psychophysiological Correlates of Pain** (Presentation made at the First Orthopedic-Neurological Medical Symposium, Miami, FL) 1991.

**Neuropsychological Assessment of Children with Learning Disabilities and Mental Retardation** (Seminar presented in Caracas, Venezuela, under the auspices of the AVEPANE Center for Mental Retardation and Human Development) 1986.

**Neuropsychological Bases of Learning Disabilities** (Seminar presented to the Dade County Public Schools Psychology Department) 1985.

**Neuropsychological Bases, Diagnosis and Rehabilitation of Aphasia** (Post Graduate Continuing Education Seminar presented at the Caribbean Center for Advanced Studies, San Juan, Puerto Rico) 1983.

**Neuropsychological Bases of Dementia and Cognitive Impairment in the Aged** (Post Graduate Continuing Education Seminar presented at the Caribbean Center for Advanced

21

Studies, San Juan, Puerto Rico) 1983.

**Neuropsychological Bases of Learning Disabilities** (Post Graduate Continuing Education Seminar presented at  the Caribbean Center for Advanced Studies and the School of Continuing Studies of the University of Miami) 1984.

**Neuropsychological Assessment of Learning Disabled and Mentally Retarded Children** (Post Graduate Seminar presented in Panama, under the auspices of the Organization of Spanish American States and the Panamanian Institute of Special Habilitation) 1984.

**Neuropsychological and Psychoeducational Approaches to Learning Disabilities** (Seminar presented in Quito, Ecuador, under the auspices of the Organization of Spanish American States) 1984.

**Neuropsychological Assessment of Learning Disabled Children** (Seminar presented in Valencia, Spain, under the auspices of the Organization of Spanish American States) 1982.

**Neuropsychological and Psychoeducational Diagnosis of Learning Disabilities** (Seminar presented to the Department of Special Education, under the auspices of the Dominican Republic/Organization of American States Special Education Project) 1982.

**Neuropsychological Bases and Rehabilitation of Aphasia** (Graduate course presented at the AVEPANE University Institute of Special Education, Caracas, Venezuela) 1979.

**Psychological Assessment of Spanish Speaking-Spanish Surnamed Youngsters** (Seminar presented to the Michigan Educational Association and the Michigan State Department of Education, under the auspices of Eastern Michigan University) 1975.

**Psychological Assessment of Spanish Speaking-Spanish Surnamed Youngsters** (Seminar presented to the Midwestern Bilingual Education Project, under the auspices of Chicago State University), 1975.

_SIGNIFICANT ACCOMPLISHMENTS_

_Diplomate and Fellow_ of the **AMERICAN BOARD OF MEDICAL PSYCHOTHERAPY AND PSYCHODIAGNOSIS** (1987).
_Diplomate_ of the **AMERICAN BOARD OF PROFESSIONAL DISABILITY CONSULTANTS** (1991).
_Diplomate_ of the **AMERICAN ACADEMY OF PAIN MANAGEMENT** (1992).
_Diplomate in Neuropsychology and Medical Psychology_ of the **AMERICAN BOARD OF PSYCHOLOGICAL SPECIALTIES** (1998).

**Doctor of Education and Humanities (Honoris Causa)** (1998) _School of Education and_

*Humanities*. Universidad Nacional Pedro Henríquez Ureña. Santo Domingo, Dominican Republic.

**Honored Professor** (2007) Universidad del Norte. Barranquilla, Colombia.

**President of Honor** (2010) II International Congress of Applied Cognitive Neuroscience. Santo Domingo, Dominican Republic.

JORGE A. HERRERA, PH.D., P.A.
100 MIRACLE MILE
SUITE 330
CORAL GABLES, FL 33134
(305) 445-3222

FEE SCHEDULE

| | |
|---|---|
| DEPOSITION | $550 PER HOUR |
| COURT APPEARANCE | $550 PER HOUR |
| REVIEW OF RECORDS | $250 PER HOUR |
| CONFERENCE | $550 PER HOUR |

2007

IVAN CARBALLO -DEPOSITION
CASE: 02-12680 CACE 02

JOSUE LOPEZ - DEPOSITION
CASE: 6691-04-06894 (CA) 05

NILO JEREZ - COURT APPEARANCE
CASE: 05-187719- CA 9

BRAULIO CADENA\DAVID CADENA - DEPOSITION
CASE: 2006-CA-00554

ROBETO BAYOLA - DEPOSITION
CASE: 06-5950

OSCAR PABON - DEPOSITION
CASE: 04-26575 CA 09

JOSE SOTO - DEPOSITION
CASE: 05-022333 GCC

2008

MARIO SANABRIA - DEPOSITION
CASE: 00-021093 CMH

RIUBEN FROMETTA - DEPOSITON
CASE: 05-8439 CA21

FELIX ARELLANO - DEPOSITON
CASE: 05-730 CA

LEONARDO CAMPES - DEPOSITION
CASE: 0522760 CA 09

HAROLD PATTERSON - DEPOSITION
CASE: 05-005553 SMS

GILBERTO CRUZ - DEPOSITON
CASE: 502008 CA 007299

DAVID CRUZ - DEPOSITION
CASE: 502008 CA 7304

OSWALDO BRITO - DEPOSITION
CASE: 08-018309 SM

2009

MARVIN RIVAS - DEPOSITION
CASE: 98 016593 HHH

GARY BARRIOS - DEPOSITION
CASE: 08-4148 CA 21

FELIX ARELLANO - COURT APPEARANCE
CASE: 05 730 CA

GARY BARRIOS - COURT APPEARANCE
CASE: 08 4148 CA 21

OLGA RUIZ DEPOSITION
CASE: 08 23966 CA 13

2010

ROSA MIRANDA - DEPOSITON
CASE: 7854 08 CA 19275

JEREMY MATTIS
08-005808 (05)

ANDRE HARRIGAN
08-CV-124

2012

ALEXIS CANDELARIO SANTANA (PUERTO RICO)
Cr. NO. 09247
DEFENSE

KAMARI LEWIS (US VIRGIN ISLANDS)
DEFENSE

2013


XAVIER JIMENEZ (PUERTO RICO)
DEFENSE