# EXHIBIT 4

# INITIAL PSYCHIATRIC ASSESSMENT

**DATE:** 01/15/13

**Name:** Alexandra LeBlanc  **DOB:** 03/27/97  **Race/Sex:** Cauc/F
**Weight:** **Height:** **Allergies:** NKDA
**Referral Source:**

**Chief Complaint and History of Present Illness:** 15 y/o — was on cruise ship — went into guy's room - was raped + little memory of events. When not busy or distracted - thinks about it sad and angry. No insomnia/nightmares. Day-day functioning ok. No extreme changes in behavior. Appetite ok. Depressed mood. Ø suicidal ideation. Good social support at home — (has been depending on family - support). Some worrying — 1st night after panic → likes to be organized and everything in its place. Ø ADHD type sx. Concerned little [?] withdrawn taking more naps.

**Medical History:** Hypothyroidism - did bloodwork (1 mos). Ø sx/head trauma. Ø surgeries. Hematuria/irregular menstrual cycles — +/- to hematologist. Ø AV hallucinations. Ø flashbacks. Ø nightmare.

**Past Psychiatric/CD History:** therapy - parents divorce.

**Current Medications:** Synthroid 44 mcg

**Social History:** (Tobacco, drugs, ETOH) Ø tobacco Ø marijuana Ø drug Ø blackouts prior to [?] — other issues

**Education:** Good student

**Occupation:** Klein HS - Sophomore - pre AP  **Legal:** soccer - last yr

**Check if significant**

### APPEARANCE & BEHAVIOR
1. Dress - Grooming  Fair
2. Posture - Gait  Crying
3. Physical Characteristics
4. Facial Expressions
5. Eye Contact  Good
6. Motor Activity  Good
7. Specific Mannerisms

### EMOTIONS
- Mood  appears
- Affect  sad current
  a) Variability
  b) Intensity  stressed
  c) Lability
  d) Appropriateness  appropriate affect

### THOUGHT
1. Process
   a) Flow of Ideas
   b) Quality of Associations
2. Content
   a) Distortions
   b) Delusions  Ø
   c) Ideas of Reference
   d) Depersonalization
3. Preoccupations
   a) Obsessions
   b) Phobias  Ø
   c) Somatic Concerns
   d) Suicidal or Homicidal

### SENSORIUM & INTELLECT
1. Consciousness
2. Orientation
3. Concentration
4. Memory
   a) Immediate
   b) Recent
   c) Remote
5. Fund of knowledge
6. Abstraction
7. Judgement
8. Insight
9. Attitude toward Interviewer

### PERCEPTION
1. Illusions  Ø
2. Hallucinations

### SPEECH  normal, rate/tone
1. Rate
2. Pitch, Volume, Clarity
3. Abnormality

DATE: 01/15/13

NAME: Alexandra W. Blair

Developmental History (physical, psychological, social, intellectual, academic for pts under 16 yrs of age):

Pregnancy Complications:
Delivery Method: normal
Jaundice:
Meconium:
Age Walked: developmental
Age Talked:
Age Rode 2 Wheel Bicycle: (all) Potty Trained:

social life is good
& sexual dating

Family History:
mom - ADHD, anxiety
Sister - ADHD, mood/anxiety

Provisional Diagnosis:
Axis I: Adjustment Disorder with anxiety & depressed mood
Axis II: Deferred
Axis III: (medical condition) none
Axis IV: (level/stressor) moderate
Axis V: (Current GAF/past GAF) 60

Suicidal: (Denies)   ideation only   intent   plan

Summary:

Medication management (meds, dosages):
1) no meds needed right now
2) will continue psychotherapy with Rebecca

No meds necessary at this time

Risks and benefits of proposed medication explained to patient: yes:___ No:___

Psychotherapy consult recommended: Yes: ✓  No:___

**PROGRESS NOTES**

NAME: Alexandra LeBlanc
DATE OF BIRTH: 02/07/97
Formed

| DATE TIME CPT CODE | HT WT | BMI | BP | P | T | ALLERGIES |

09/03/13 — met w/ pt — Dad in wait room. (Pt) explained told her Dad — he was devastated, relief — possible didn't want to process — need to keep secret from Dad (?) Still reserved about how incident affects personal self/situation. Trust discussed.

Met w/ Dad — explained pt shared many emotions (not shared w/ pt.) He was extremely upset about incident — calming techniques explored. Father denied any HI — but was emotionally jarred.

P. Liggins, LMFT

11/12/13  Sleeping alot    decreased self care + motivation
         never hungry     doesn't like being alone —
                          thinks about negative things

11·12·13

◆ EMSAM 6 mg/24 hr
(selegiline transdermal system)

Melanie Drane
wants to talk to you
about meds.
# 832-698-1480

11/12/13
TC
Just discussed
location for
mood — short-term
w/
hemachromatosis

[signature]

Please see accompanying FULL PRESCRIBING INFORMATION, including Boxed WARNING.

Distributed by Bristol-Myers Squibb | Manufactured for Somerset

## PROGRESS NOTES

| DATE - TIME / CPT CODE | NOTES |
|---|---|
| 01/03/14 | Scott (father) called to canx w/ notice<br>Cho fee<br>PHiggins, LMFT |
| 3/19/14 | "Don't deserve" — look up shame, guilt<br>flashbacks from incident / violated<br>potential problems — substance<br>self esteem ↓<br>depression<br>journal<br><br>train self talk<br>(1) reframing excuses<br>PHiggins, LMFT |
| 03/27/14<br>90806<br>5:30 pm | provider: Dr. Joanna ___<br>DX: PTSD<br>Risk assessment to nerve<br><br>Sleeping a lot & sad — can still remember — getting from support therapy<br>— hot when alone<br>that dawn<br>time<br>more sad<br><br>sad all the time crying<br>usually A student — B+<br>Having struggle — not taking care of getting ready<br>nothing sounds good to eat — forces herself to eat<br>wants to sleep all the time as escape<br>not getting a lot of homework — Zinsanna<br><br>not as social — not<br>& drugs<br>ØSI<br>Øpanic attacks<br>stressed/rumination<br><br>MSE: Engageable, reach affect — crying<br>plan: Zoloft 50mg 0 ? qam |

Rx/Risks/Benefits: yes

| NAME | | | | | | | DATE OF BIRTH | | PG# | Formed |
|---|---|---|---|---|---|---|---|---|---|---|
| DATE - TIME CPT CODE | HT WT | | BMI | | BP | P | T | ALLERGIES | | |

04/09/14 self-talk
self worth         externally
hobby         journal
spoke about importance of consistency in attending
therapy - schedule conflicts
                                    [signature], LMFT

05.05.14
LCT VM
Scott leblanc
# 8-921-3563
alexandra
- cutting self & not sleeping

needs appt ASAP

[EMSAM 6 mg/24 hr (selegiline transdermal system) prescription pad]

05/16/14  cxled appt
         [signature]

| NAME Alexandra [?] | DATE OF BIRTH 03/[?]/9[?] | PG# | Formec |
|---|---|---|---|
| DATE - TIME / CPT CODE | HT / WT / BMI / BP / P / T / ALLERGIES | | |

| | |
|---|---|
| 05/21/14 | Magnifier — Cognitive Distortions |
| | has good days but not happy |
| | triggers |
| | poor self esteem |
| | trouble with "self talk" from way back |
| | track it |
| | concern about level of substance abuse (Pt) minimi[?] |
| | P Higgins, LMHC |
| | |
| 05/31/14 | provider: Kim Osanno     Rx/Risks/Benefits: y[?] |
| 90862 | Dx: |
| 3:00 pm | |
| | Taking meds every day - noticed no difference |
| | Sleeping a lot |
| | Sad especially when alone |
| | not motivated — |
| | crying spells / depressed |
| | |
| | Things at home ok |
| | |
| | Going on trips — anhedonia |
| | not looking forward to family |
| | anxiety still prevalent |
| | feels "lazy" - lethargic |
| | Grades fell from — A's & B's / few C's — not focus[?] |
| | |
| | MSE: engagable, reactive, OSI |
| | plan: Pristiq 60mg × [?] |
| | [?] |
| | RTC 1 month     Kim Osanno |

## CORNERSTONE PSYCHIATRY ASSOCIATES, P.A.

14340 Torrey Chase, Suite 160, Houston, TX 77014-1021
281-580-8087, FAX 281-580-7129

July 30, 2014

Re: Alexandra LeBlanc
DOB: 03/27/1997

To Whom It May Concern:

Alexandra LeBlanc has been my patient since January, 2013. At that time, she presented with possible depressive/anxiety symptoms after being raped on a cruise ship. She did not initially take medication, but was referred for regular psychotherapy.

As time passed, it became clear Allie was experiencing Post-Traumatic Stress Disorder type symptoms, including anxiety, flashbacks, and hyper arousal. She also struggled with poor self-esteem and depression issues. Her motivation decreased, her grades dropped, and she struggled socially. Although treated with an anti-depressant by this time, Allie began to experiment with alcohol and drugs. I believe she started to drink more heavily in a form of self-medication. Events had spiraled so out of control that I supported her mother's plan to enroll her n an inpatient substance abuse program. It is crucial to Allie's well-being that she completes the program at this time.

Sincerely,

Lisa Joson, M.D.

To whom it may concern:

Alexandra Le Blanc has been my patient since January 2013. At that time, she presented with possible depressive/anxiety symptoms after being raped on a cruise ship. She did not initially take medication, but was referred for regular psychotherapy. As time passed, it became clear Allie was experiencing Post-Traumatic Stress Disorder type symptoms, including anxiety, flashbacks, and hyperarousal. She also struggled with poor self-esteem and depression issues. Her motivation decreased, her grades dropped, and she struggled socially. Although treated with an antidepressant by this time, Allie began to experiment with alcohol and drugs. I believe she started to drink more heavily in a form of self-medication. Events had spiraled so out of control that I support her mother's plan to enroll her in an inpatient substance abuse program. It is crucial to Allie's well-being that she complete the program at this time.

Sincerely,